UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation and, Valspar Sourcing, Inc.,<br>Plaintiff,<br>v.<br>Spraylat Corporation and Spraylat GmbH,<br>Defendants. | Civil Action No. 01CV1605 JMR/FLN |

**PROTECTIVE ORDER -- NON-DESTRUCT**

This matter comes before the Court on by the Plaintiffs', The Valspar Corporation and Valspar Sourcing, Inc., ex parte application for a non-destruct order. Having fully considered the request, **IT IS HEREBY ORDERED THAT** Defendants, and all others acting in concert or active participation with, shall:

1. refrain from destroying or otherwise disposing of any documents or things obtained from The Valspar Corporation and its subsidiaries (hereinafter collectively "Valspar"), or containing information obtained from Valspar, including but not limited to any documents or things prepared or used by Alain DeBlandre, Willi Luettgens, Guenther Reipa, Ludwig Kotschenreuther and Natalie Schroeer during the course of their employment at Valspar and/or Valspar's predecessor Lilly Industries, Inc.;

2. refrain from destroying or otherwise disposing of any documents or things referring to, relating to, or reflecting Defendants' development, manufacture, and/or sale of mirror products including but not limited to coatings and solutions.

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

This Order is granted ex parte to preserve all documents and materials that are relevant to this case. Any objections by Defendants to this Order shall be brought to the Court's attention within three days after service of this Order upon them.

SO ORDERED.

Dated: Sept 6, 2001

Franklin L. Noel, Chief Magistrate Judge