UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation and, Valspar Sourcing, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JMR/FLN |

**MODIFIED PROTECTIVE ORDER -- NON-DESTRUCT**

On September 6, 2001, this Court entered a Protective Order -- Non-Destruct on an *ex parte* basis to preserve documents and materials that are relevant to this case. The parties request and stipulate that the prior Protective Order -- Non-Destruct be modified as set forth below. Having fully considered the request

**IT IS HEREBY ORDERED THAT** the Protective Order -- Non-Destruct dated September 6, 2001 is lifted.

**IT IS FURTHER ORDERED THAT** Defendants, and all others acting in concert or active participation with Defendants, shall:

1. refrain from destroying or otherwise disposing of any documents or things in their custody or control (i) obtained from The Valspar Corporation and its subsidiaries (hereinafter collectively "Valspar") by Alain DeBlandre, Willi Luettgens, Guenther Reipa, Ludwig Kotschenreuther and Natalie Schroeer during the course of their employment at Valspar and/or Valspar's predecessor Lilly Industries, Inc., or (ii) containing information obtained from Valspar by Alain DeBlandre, Willi

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Luettgens, Guenther Reipa, Ludwig Kotschenreuther and Natalie Schroeer during the course of their employment at Valspar and/or Valspar's predecessor Lilly Industries, Inc.;

2. refrain from destroying or otherwise disposing of any documents or things in their custody or control, dated or created prior to July 1, 2000, and referring to, relating to, or reflecting Defendants' development, manufacture, and/or sale of mirror products including but not limited to coatings and solutions.

**IT IS FURTHER ORDERED THAT** nothing herein shall be deemed a waiver or relinquishment by either Spraylat Corp. or Spraylat Gmbh of any of their respective rights, remedies or defenses, including but not limited to any defenses they might have based on improper or inadequate service, lack of subject matter jurisdiction, and lack of personal jurisdiction.

SO ORDERED.

Dated: Sept 20, 2001

Franklin L. Noel, Chief Magistrate Judge

AGREED AS TO FORM BY:

Date: 9-19-01

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215

Andrew Ubel (MN ID #235,799)
THE VALSPAR CORPORATION
1101 Third Street South
Minneapolis, Minnesota 55415

ATTORNEYS FOR PLAINTIFFS

Dated: 9/20/01

Kenneth A. Liebman (MN ID #236731)
FAEGRE & BENSON L.L.P
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

David M. Zensky
Mitchell P. Hurley
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue
New York, NY 10022

ATTORNEYS FOR DEFENDANTS

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500