UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation and, Valspar Sourcing, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JMR/FLN |

**STIPULATED PROTECTIVE ORDER**

Plaintiffs (collectively "Valspar") intend to file a motion for preliminary injunction based on alleged trade secret misappropriation by the Defendants (collectively "Spraylat"). The parties anticipate that they will submit materials containing alleged trade secrets and other confidential information in connection with that motion. The parties are attempting to reach agreement regarding a detailed protective order to protect confidential information exchanged throughout the litigation, which the parties expect to complete in the near future. In the meantime, in order to protect the preliminary injunction materials from disclosure, the parties request and stipulate that this Protective Order be entered.

Having fully considered the request, **IT IS HEREBY ORDERED** as follows:

1. Materials filed and served in connection with Valspar's preliminary injunction motion that a party believes in good faith to contain trade secrets or other confidential research, development or commercial information shall be marked with the legend "CONFIDENTIAL."

2. Such material designated CONFIDENTIAL is to be filed with the Clerk of Court in sealed envelopes or containers prominently marked with the caption of the case, a general

SEP 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

description of the contents of the envelope or container and the notation:

**CONTAINS CONFIDENTIAL INFORMATION
UNDER PROTECTIVE ORDER
TO BE OPENED BY OR AS DIRECTED BY THE COURT**

Material designated CONFIDENTIAL and filed under seal shall be maintained separate from the public records in this action and shall be released only to Court personnel, to those entitled to access to the material under this protective order, or as further ordered by the Court.

3. Such material designated CONFIDENTIAL shall be deemed and treated as confidential and shall be used for no purpose other than this litigation. Unless and until the Court rules to the contrary and/or rules that there may be further disclosure, access thereto or disclosure thereof shall be limited to:

(a) The Court and Court personnel;

(b) Counsel of record for the parties, and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to the designated material;

(c) Senior management for the parties; and

(d) Alain DeBlandre.

All persons given access to confidential information under paragraphs (c) and (d) shall also be given a copy of this order.

**IT IS FURTHER ORDERED THAT** nothing herein shall be deemed a waiver or relinquishment by either Spraylat Corp. or Spraylat Gmbh of any of their respective rights, remedies or defenses, including but not limited to any defenses they might have based on improper or inadequate service, lack of subject matter jurisdiction, and lack of personal

jurisdiction. This stipulated protective order is also without prejudice to the rights that are being negotiated under the more detailed protective order.

Dated: Sept 26, 2001

Franklin L. Noel, Chief Magistrate Judge

AGREED AS TO FORM BY:

Date: Sept. 26, 2001

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215

Andrew Ubel (MN ID #235,799)
THE VALSPAR CORPORATION
1101 Third Street South
Minneapolis, Minnesota 55415
ATTORNEYS FOR PLAINTIFFS

Dated: 9/24/01

Kenneth A. Liebman
FAEGRE & BENSON L.L.P
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

David M. Zensky
Mitchell P. Hurley
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue
New York, NY 10022

ATTORNEYS FOR DEFENDANTS

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500