The document attached to this entry was attached in error during the conversion process.

It has been removed.