UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1605 (JMR/FLN)

The Valspar Corporation and, )
Valspar Sourcing, Inc. )
)
v. ) ORDER
)
Spraylat Corporation and Spraylat )
GmbH )

Plaintiffs brought suit against defendants for misappropriation of trade secrets. This matter is before the Court on defendants' motion to dismiss for lack of personal jurisdiction or, alternatively, for forum non conveniens, and plaintiffs' motion for a preliminary injunction. The Court heard oral argument on November 16, 2001.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendants' motion to dismiss is denied. [No. 22.]

2. Plaintiffs' motion for a preliminary injunction is denied. [No. 12.]

Dated: November 19th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

NOV 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK