UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

The Valspar Corporation,
and Valspar Sourcing, Inc.,

Plaintiffs,

v.

Spraylat Corporation and
Spraylat GmbH,

Defendants.

Civil No. 01-1605 JMR/FLN

**ORDER**

David Vandenburg, Esq., & Jeff Cool, Esq., for Plaintiffs.
John Connelly, Esq., & David Zensky, Esq., for Defendants.

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on April 22, 2002, on: (1) Plaintiffs' Motion For Leave to Add Valspar Industries, GmbH as a Plaintiff [#51]; (2) Plaintiffs' Motion to Compel Production [#54]; and (3) Defendant's Motion to Compel Discovery [#61].

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion For Leave to Add Valspar Industries GmbH as a Plaintiff [#51] is **GRANTED**. Plaintiffs are directed, to the extent Ordered from the Bench at the Hearing, to file, forthwith, their Amended Complaint, and Defendants are directed to serve an Amended Answer in accordance with the governing Rules of Civil Procedure;

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiffs' Motion to Compel Production [#54] is **GRANTED in part** and **DENIED in part**, as follows:

   a. Insofar as the Motion seeks to compel Defendants to withdraw their general objections and supplement their responses to Plaintiffs' First Set of Document Requests Nos. 17-20, 25, 29 & 31-32, it is **GRANTED**;

   b. Insofar as the Motion seeks to compel Defendants to supplement their production of documents responsive to Plaintiffs' First Set, Document Request No. 23, specifically, Mr. Kotschenreuther's personal documents, it is **DENIED**;

   c. Insofar as the Motion seeks to compel Defendants to supplement their production of documents responsive to Plaintiffs' First Set, Document Request No 34, and Plaintiffs' Second Set, Document Request No. 3, it is **GRANTED**, subject to the "Attorney's Eyes Only" provision in the Protective Order;

3. Defendant's Motion to Compel Discovery [#61] is **GRANTED in part** and **DENIED in part**, as follows:

   a. Insofar as the Motion seeks to Compel Plaintiffs to undertake a diligent search of the email files of eleven named individuals who have knowledge or involvement with any of the issues raised in this case, it is **GRANTED**;

   b. Insofar as the Motion seeks to compel Plaintiffs to supplement their responses to Defendants' First Set of Interrogatories Nos. 3, 4, 12, 13, 14 & 19-20, it is **GRANTED**;

   c. Insofar as the Motion seeks to compel Plaintiffs' to supplement their responses to Defendants' First Set, Interrogatory No. 8, it is **DENIED**.

4. Both Parties will comply with this Order within ten days from the date of this Order.

DATED: May 8, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge