**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiff, v. Spraylat Corporation and Spraylat GmbH, Defendants. | Civil Action No. 01CV1605 JEL/JGL |

**~~[PROPOSED]~~ ORDER EXTENDING CASE SCHEDULE**

The parties' stipulated motion for an extension of the case schedule is GRANTED.

Initial expert disclosures shall be made on or before January 31, 2003. Rebuttal experts shall be disclosed on or before March 21, 2003. The deadlines for disclosure of the substance of expert witness testimony is January 31, 2003 for initial experts and March 21, 2003 for rebuttal experts. Each party may depose no more than four expert witnesses on or before May 21, 2003.

All nondispositive motions shall be filed by May 21, 2003. All dispositive motions shall be filed and scheduled for hearing prior to July 21, 2003. This case shall be trial ready for August 21, 2003.

SO ORDERED.

Dated: Dec 30, 02

Chief Magistrate Judge Jonathan Lebedoff

FILED DEC 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________