UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation, Valspar Sourcing, Inc.,
and Valspar Industries GmbH,

Plaintiffs,

v.

Civ. No. 01-1605 (JNE/JGL)
ORDER

Spraylat Corporation and Spraylat GmbH,

Defendants.

This matter is before the Court on Defendants' appeal from an Order issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on April 10, 2003. Having reviewed the record, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's April 10, 2003, Order [Docket No. 188] is AFFIRMED.

Dated: May 13, 2003

JOAN N. ERICKSEN
United States District Judge

MAY 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS