IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, | ) | Civil Action No. 01CV1605 ~~JMR/FLN~~ JNE/JGL |
| v. | ) | |
| Spraylat Corporation and Spraylat GmbH, Defendants. | ) | **STIPULATION & ORDER** |

WHEREAS Plaintiffs, by Notice of Motion and Motion dated June 6, 2003, moved to compel production of documents and answers to interrogatories and to amend the scheduling order,

WHEREAS the parties have reached an agreement resolving the pending motion and other outstanding issues between the parties,

NOW THEREFORE the parties, by and through their undersigned counsel of record, hereby STIPULATE and AGREE that the Scheduling Order shall be modified as follows:

1. Defendants shall withdraw their objections to Plaintiffs' Eleventh Set of Requests for Production of Documents and Things and Plaintiffs' Second Set of Interrogatories (with the exception of objections based on privilege and work product for documents and information generated after the filing of this suit to the extent that such documents and information are not related to Defendants' "advice of counsel" affirmative defense), and shall produce all responsive documents and answer the interrogatory on or before July 1, 2003.

FILED JUN 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

2. Plaintiffs may take the depositions of the providers and recipients of legal advice provided to or relied on by Defendants limited to their "advice of counsel" affirmative defense. The depositions shall take place at a time and location to be mutually agreed on by the parties. Upon request, Defendants shall take reasonable steps to secure the cooperation of Siegfried Kotchenreuther for his deposition relating to Defendants' advice of counsel defense, but it is understood that Defendants do not control this witness and cannot ensure his cooperation.

3. In response to Plaintiffs' Twelfth Set of Requests for Production of Documents and Things, Defendants shall produce 2000, 2001 and 2002 annual audited balance sheets and cashflow statements for Spraylat Corporation, which show financial information for the years 1999-2002, and, to the extent not already produced, 2001 and 2002 profit and loss statements and audited balance sheets for Spraylat GmbH. Defendants shall produce these documents on or before July 1, 2003 (or, as to the 2002 documents, as soon as they become available). Absent a showing of good cause by Plaintiffs, this production shall satisfy Defendants' obligations to produce documents in response to Plaintiffs' Twelfth Set of Requests for Production of Documents and Things. Spraylat Corporation's production of documents under this paragraph shall be treated as "outside attorneys eyes only," meaning that they shall be treated as "attorneys eyes only" under the Stipulated Protective Order with the additional restriction that they shall not be disclosed to Valspar's in-house counsel.

4. On or before July 1, 2003, Defendants may serve up to two additional interrogatories (which may include subparts as permitted by applicable Rules) limited to Plaintiffs' claim for punitive damages.

5. On or before July 10, 2003, Defendants' damages expert, Don Nicholson, may supplement his expert report in further response to the report of Valspar's damages expert, Peter Smith. Plaintiffs may thereafter take the deposition of Nicholson at a time and location to be mutually agreed on by the parties such that it is completed by no later than July 24, 2003.

6. Other than the foregoing, neither party is entitled to serve any additional discovery requests absent agreement of the parties or a showing of good cause.

So Stipulated to:

Dated this 16 day of June, 2003.

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis C. Bremer (MN ID #299,182)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C.
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

*Attorneys for Plaintiffs Valspar Corporation, Valspar Sourcing, Inc. and Valspar GmbH*

Dated this 16 day of June, 2003

By

Kenneth A. Liebman (#90438)
John Edward Connelly (#237656)
Michelle A. Paninopoulos (#312411)
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Ph. (612) 766-7000

-and-

David M. Zensky (DC 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6615)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

SO ORDERED.

Dated June 17, 2003

Chief Magistrate Judge Jonathan Lebedoff