UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation, Valspar Sourcing, Inc.,
and Valspar Industries GmbH,

Plaintiffs,

v.

Civ. No. 01-1605 (JNE/JGL)
ORDER

Spraylat Corporation and Spraylat GmbH,

Defendants.

By Order of March 31, 2004, the Court granted in part and denied in part Defendants' Motion for Summary Judgment. This case is before the Court on Plaintiffs' request for permission to file a motion to reconsider the portion of the Order that grants summary judgment in favor of Defendants on Plaintiffs' claim of misappropriation of trade secrets insofar as the claim is based on financial information. "Motions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances." D. Minn. R. 7.1(g). Because Plaintiffs have not demonstrated compelling circumstances that would warrant reconsideration, the Court denies their request for permission to file a motion to reconsider. Therefore, IT IS ORDERED THAT:

1. Plaintiffs' request for permission to file a motion to reconsider [Docket No. 287] is DENIED.

Dated: June 1, 2004

S/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge