UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1605 (JNE/JGL)

THE VALSPAR CORPORATION et al.,

Plaintiffs,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

SPRAYLAT CORPORATION et al.,

Defendants.

Judge Joan E. Lancaster has referred the above matter to me for purposes of conducting a settlement conference prior to the recently noticed trial. This settlement conference has been scheduled for **Monday, March 14, 2005, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415**. **PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since the last settlement conference, a letter or settlement brief addressed to my chambers (do not electronically file or e-mail), with service on opposing counsel, shall be submitted five business days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: January 31, 2005

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge