AKIN GUMP
STRAUSS HAUER & FELD LLP

Attorneys at Law

**DAVID ZENSKY**
(212) 872-1075/fax: (212) 872-1002
dzensky@akingump.com

February 1, 2005

VIA ELECTRONIC FILING

The Honorable Jonathan Lebedoff
United States Magistrate Judge
United States District Court
District of Minnesota
U.S. Courthouse, Suite 9E
300 South Fourth Street
Minneapolis, Minnesota 55415

Re: Valspar Corp., et al. v. Spraylat Corp. and Spraylat GmbH, Civ. No. 01-CV-1605 JNE/JGL

Dear Judge Lebedoff:

As you know, we represent defendants Spraylat Corporation and Spraylat GmbH (collectively "Spraylat") in the above-referenced action.

Pursuant to our telephone call with Your Honor's Chambers yesterday, we write to confirm that the settlement conference in this case previously set for 9:00 a.m. on March 14, 2005 has been rescheduled for 1:00 p.m. on that same day.

This letter confirms that all instructions contained in the original notice of the settlement conference will apply to the settlement conference, now scheduled for March 14, 2005 at 1:00 p.m.

We thank the Court for its courtesy and look forward to attending the settlement conference.

Very truly yours,

David M. Zensky

Cc: Alan Carlson, Esq.
J. Derek Vandenburgh, Esq.
Dennis Bremer, Esq.
Mitchell P. Hurley, Esq.