**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2005, I have caused to be electronically filed the following documents:

1. Letter to The Honorable Jonathan Lebedoff, United States Magistrate Judge

with the Clerk of the Court through ECF, and that ECF will send a notice of electronic filing to the following:

Dennis C Bremer dbremer@ccvl.com, nlehnertz@ccvl.com;kjohnston@ccvl.com

Alan Gary Carlson acarlson@ccvl.com, jshea@ccvl.com

John Edward Connelly jconnelly@faegre.com, lsanders@faegre.com

Brian W Hayes bhayes@ccvl.com, gbruns@ccvl.com;nlehnertz@ccvl.com

Mitchell P Hurley mhurley@akingump.com,
dzensky@akingump.com;bkan@akingump.com

Blossom Kan bkan@akingump.com, dzensky@akingump.com;mhurley@akingump.com

Kenneth A Liebman kliebman@faegre.com, jnelson@faegre.com

Michelle A Paninopoulos mpaninopoulos@faegre.com

F Andrew Ubel , III aubel@valspar.com, patents@valspar.com;andyubel@alum.mit.edu

J Derek Vandenburgh dvandenburgh@ccvl.com, kjohnston@ccvl.com

David M Zensky dzensky@akingump.com

**0:01-cv-1605 Notice will be delivered by other means to:**

George E Hurley , Jr
Law Firm Unknown

Stacey M Schwartz
Not Admitted

Date: February 1, 2005

s/Michelle A. Paninopoulos
Michelle A. Paninopoulos

Attorney No. 312411
Attorney for Defendant
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
MPaninopoulos@faegre.com

M2:20689295.01