AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

**DAVID ZENSKY**
(212) 872-1075/fax: (212) 872-1002
dzensky@akingump.com

February 15, 2005

VIA ELECTRONIC FILING

The Honorable Jonathan Lebedoff
United States Magistrate Judge
United States District Court
District of Minnesota
U.S. Courthouse, Suite 9E
300 South Fourth Street
Minneapolis, Minnesota 55415

Re: Valspar Corp., et al. v. Spraylat Corp. and Spraylat GmbH, Civ. No. 01-CV-1605 JNE/JGL

Dear Judge Lebedoff:

Pursuant to our telephone call with Your Honor's Chambers today, we write to confirm that the settlement conference in this case previously set for 1:00 p.m. on March 14, 2005 has been rescheduled for 10:00 a.m. on that same day. We appreciate greatly the accommodation, as it will enable each side to bring an additional principal to the mediation.

As instructed by the Court previously, this letter confirms that all instructions contained in the original notice of the settlement conference will apply to the settlement conference, now scheduled for March 14, 2005 at 10:00 a.m.

Very truly yours,

David M. Zensky

Cc: Alan Carlson, Esq.
J. Derek Vandenburgh, Esq.
Dennis Bremer, Esq.
Mitchell P. Hurley, Esq.