**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | ) | Civil Action No. 01CVI605 JNE/JGL<br><br>**STIPULATION TO PRETRIAL SCHEDULE** |

WHEREAS the parties have requested a date certain for trial in the above matter and the Court has placed the above matter on for trial on May 3, 2005; and

WHEREAS the parties have drafted a mutually acceptable schedule for the exchange of documents in advance of trial under Local Rule 39.1;

NOW THEREFORE the parties, by and through their undersigned counsel of record, request that the Court approve the following pretrial schedule and enter the proposed order to be submitted as required by Section II.G.2 of the United States District Court District of Minnesota Electronic Case Filing Procedures:

1. Opening papers and exhibits on certain pretrial motions, including initial motions in limine and Daubert motions, shall be exchanged between the parties on or before March 4, 2005 and filed on or before March 7, 2005.

2. Opposition briefs and exhibits on such pretrial motions, including initial motions in limine and Daubert motions, shall be exchanged between the parties on or before March 29, 2005 and filed on or before March 30, 2005.

3. The parties shall be available during the week of March 28, 2005 and the week of April 4, 2005 for a hearing on pretrial motions, including Daubert motions, and to hold a final pretrial conference under Local Rule 16.6, such hearing and conference to be convened as the Court's schedule permits.

4. The itemized statement of damages shall be served and filed on or before April 6, 2005.

5. Translations of German language documents that each party intends to use at trial shall be exchanged between the parties by facsimile on or before April 12, 2005 and filed on or before April 13, 2005.

6. On or before April 19, 2005, the parties shall exchange the following papers and the following papers shall be filed on or before April 20, 2005:

- Trial brief
- Final exhibit list
- Final witness list
- Designation of deposition excerpts to be offered at trial
- Proposed voir dire questions
- Proposed jury instructions
- Proposed special verdict forms

7. On or before April 26, 2005, the parties shall exchange the following papers, and the following papers shall be filed on or before April 27, 2005:

- Objections to deposition designations
- Objections to proposed exhibits
- Counter-designations of depositions

8. Objections to counter-designations of depositions shall be exchanged between the parties and filed on or before April 28, 2005.

9. Trial shall commence on May 3, 2005.

The parties jointly request leave to serve and file further motions in limine after the exchange of pretrial documents on April 19, 2005. The parties agree that such motions shall be permitted to the extent that they do not delay the start of trial and pertains to translations, exhibits, deposition testimony designations, witness lists or other matter not reasonably foreseen as being at issue in trial prior to the March 4 date set forth in paragraph 1 above.

The parties further jointly request leave to file the documents via hand or mail with the Court rather than electronically. This is because, most, if not all, of the documents required to be filed in this case will be under seal pursuant to the governing Protective Order.

Dated: February 24, 2005

**FAEGRE & BENSON LLP**

By: s/ Kenneth A. Liebman
Kenneth A. Liebman, #236731
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

Dated: February 24, 2005

**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C.**

By: s/ Brian Hayes

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
THE VALSPAR CORPORATION
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322
Fx. (612) 375-7313

***Attorneys for Plaintiffs The Valspar Corporation, Valspar Sourcing, Inc. and Valspar Industries GmbH***