**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | ) | Civil Action No. 01CVI605 JNE/JGL<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 24, 2005, I caused the following document(s):

**STIPULATION TO PRETRIAL SCHEDULE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

**Dennis C Bremer,** dbremer@ccvl.com nlehnertz@ccvl.com;kjohnston@ccvl.com
**Alan G Carlson,** acarlson@ccvl.com jshea@ccvl.com
**Brian W Hayes,** bhayes@ccvl.com gbruns@ccvl.com;nlehnertz@ccvl.com
**F Andrew Ubel, III,** aubel@valspar.com patents@valspar.com;andyubel@alum.mit.edu
**J Derek Vandenburgh,** dvandenburgh@ccvl.com kjohnston@ccvl.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**Hon. Joan Ericksen**, joanericksen_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Alan G. Carlson, J. Derek Vandenburgh, Dennis Bremer, and Brian Hayes, CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C., 225 South Sixth Street, Suite 3200, Minneapolis, Minnesota 55402

Andrew Ubelm, THE VALSPAR CORPORATION, 1101 Third Street South, Minneapolis, Minnesota 55415

Dated: February 24, 2005

**FAEGRE & BENSON LLP**

By: s/ Kenneth A. Liebman

Kenneth A. Liebman, #236731
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***