UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

**PLAINTIFFS' NOTICE OF MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM ASKING QUESTIONS OF PLAINTIFFS' WITNESSES THAT WOULD LEAD TO THE INVOCATION OF PRIVILEGE IN FRONT OF THE JURY**

PLEASE TAKE NOTICE THAT on March 29, 2005 at 9:00 a.m., or at such other time as the Court may direct, Plaintiffs (collectively "Valspar") will move this Court in limine for an Order precluding Defendants at trial from mentioning, or asking questions that will elicit, Valspar's invocation of privilege and refusal to disclose advice and opinions received from counsel regarding the merits and bases of this lawsuit as well as precluding Defendants from arguing or suggesting to the jury that any adverse inference be taken because of Valspar's refusal to divulge its attorneys' advice and opinions concerning the merits and bases of this lawsuit, before the Honorable Judge Joan N. Ericksen in Courtroom 3 of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated this 4th day of March, 2005.

**THE VALSPAR CORPORATION, VALSPAR SOURCING, INC. AND VALSPAR INDUSTRIES GMBH**

By their attorneys,

By s/ Dennis Bremer
Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C.
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
VALSPAR
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322