UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE TESTIMONY, EVIDENCE, OR ARGUMENT CONCERNING FACTS FORMING THE BASIS OF VALSPAR'S DISMISSED CLAIM THAT DEFENDANTS' CONVERTED PLAINTIFFS' EQUIPMENT**

Plaintiffs (collectively "Valspar") hereby move this Court in limine for an Order precluding testimony, evidence or argument relating to the factual bases underlying Valspar's dismissed claim of conversion.

Valspar's motion is based on the files, records, and proceedings herein, including the Memorandum of Law in Support of Plaintiffs' Motion; the Declaration of Dennis Bremer, dated March 4, 2005, and accompanying exhibits; as well as the argument of counsel at hearing, and all other submissions and proceedings had in this case. A proposed Order is being submitted via e-mail.

Dated this 4th day of March, 2005.

**THE VALSPAR CORPORATION,
VALSPAR SOURCING, INC. AND
VALSPAR INDUSTRIES GMBH**

By their attorneys,

By s/ Dennis Bremer
Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
CARLSON, CASPERS, VANDENBURGH
& LINDQUIST, P.C.
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
VALSPAR
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322