UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

**PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE REFERENCE TO ANY PURPORTED LACK OF NON-COMPETE CLAUSES IN VALSPAR'S EMPLOYMENT CONTRACTS WITH ITS FORMER EMPLOYEES**

Plaintiffs (collectively "Valspar") hereby move this Court in limine for an Order precluding Defendants from introducing any evidence, testimony or argument at trial suggesting that the purported lack of enforceable non-competition clauses in any of Plaintiffs' former employees' employment contracts is germane in any way to Plaintiffs' causes of action seeking relief for trade secret misappropriation, tortious interference with confidentiality agreements, or tortious interference with business relations because of trade secret misappropriation or tortious interference with confidentiality agreements.

Valspar's motion is based on the files, records, and proceedings herein, including the Memorandum of Law in Support of Plaintiffs' Motion; the Declaration of Dennis Bremer, dated March 4, 2005, and accompanying exhibits; as well as the argument of counsel at hearing, and all other submissions and proceedings had in this case. A proposed Order is being submitted via e-mail.

Dated this 4th day of March, 2005.

**THE VALSPAR CORPORATION,**
**VALSPAR SOURCING, INC. AND**
**VALSPAR INDUSTRIES GMBH**

By their attorneys,

By s\ Dennis C. Bremer

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C.
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
VALSPAR
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322