UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

**PLAINTIFFS' NOTICE OF MOTION IN LIMINE TO PRECLUDE REFERENCE TO ANY PURPORTED LACK OF NON-COMPETE CLAUSES IN VALSPAR'S EMPLOYMENT CONTRACTS WITH ITS FORMER EMPLOYEES**

PLEASE TAKE NOTICE THAT on March 29, 2005 at 9:00 a.m., or at such other time as the Court may direct, Plaintiffs (collectively "Valspar") will move this Court in limine for an Order precluding Defendants from introducing any evidence, testimony or argument at trial suggesting that the purported lack of enforceable non-competition clauses in any of Plaintiffs' former employees' employment contracts is germane in any way to Plaintiffs' causes of action seeking relief for trade secret misappropriation, tortious interference with confidentiality agreements, or tortious interference with business relations because of trade secret misappropriation or tortious interference with confidentiality agreements, before the Honorable Judge Joan N. Ericksen in Courtroom 3 of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated this 4th day of March, 2005.

**THE VALSPAR CORPORATION, VALSPAR SOURCING, INC. AND VALSPAR INDUSTRIES GMBH**

By their attorneys,

By s\ Dennis C. Bremer

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C.
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
VALSPAR
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322