UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | ) | Civil Action No. 01-CV-1605 JNE/JGL |

**PLAINTIFFS' NOTICE OF MOTION IN LIMINE TO PRECLUDE REFERENCES TO, AND ALLEGED INFERENCES TO BE MADE FROM, THE COURT'S SUMMARY JUDGMENT ORDER AT TRIAL**

PLEASE TAKE NOTICE THAT on March 29, 2005 at 9:00 a.m., or at such other time as the Court may direct, Plaintiffs (collectively "Valspar") will move this Court in limine for an Order precluding Defendants from mentioning this Court's March 31, 2004 Summary Judgment Order at trial, before the Honorable Judge Joan N. Ericksen in Courtroom 3 of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated this 4th day of March, 2005.

**THE VALSPAR CORPORATION, VALSPAR SOURCING, INC. AND VALSPAR INDUSTRIES GMBH**

By their attorneys,

By s\ Dennis C. Bremer____________

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C.
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
VALSPAR
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322