IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JNE/JGL |

**DECLARATION OF DENNIS C. BREMER**
**IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**

I, Dennis C. Bremer, hereby declare as follows:

1. I am an attorney with the law firm of Carlson, Caspers, Vandenburgh, and Lindquist, P.C., counsel for Staging Concepts, Inc. in the above-referenced action.

2. This declaration is submitted on behalf of Plaintiffs The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH (collectively "Valspar") in support of Plaintiffs' Motions in Limine. This declaration is made on my own personal knowledge, except as otherwise indicated.

3. Attached hereto as Exhibit 1 is a true and correct copy of the DeBlandre Change of Control Agreement, Plaintiffs' Deposition Exhibit 15b.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Reipa Confidentiality Agreement, Plaintiffs' Deposition Exhibit 2, with an English translation thereof.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Kotschenreuther Confidentiality Agreement, Plaintiffs' Deposition Exhibit 404. [FILED UNDER SEAL]

6. Attached hereto as Exhibit 4 is a true and correct copy of the Luettgens Employment Agreement, Plaintiffs' Deposition Exhibit 20a, with an English translation thereof. [FILED UNDER SEAL].

7. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Richard Rompala to Alain DeBlandre, dated December 12, 2000, Plaintiffs' Deposition Exhibit 22

8. Attached hereto as Exhibit 6 is a true and correct copy of an e-mail from Alain DeBlandre to Michael Borner, dated June 13, 2001, Bates stamped SP 3465-3466. [FILED UNDER SEAL]

9. Attached hereto as Exhibit 7 are true and correct copies of Spraylat formula sheets, Bates stamped SP 00516; SP 4494; and SP6001. [FILED UNDER SEAL]

10. Attached hereto as Exhibit 8 is a true and correct copy of Deposition Exhibit Number 8 to the deposition of Ken Brown. [FILED UNDER SEAL]

11. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of Larry Miller, dated March 28, 2003, Plaintiffs' Deposition Exhibit Miller 1. [FILED UNDER SEAL]

12. Attached hereto as Exhibit 10 is a true and correct copy of a patent obtained by a USPTO search, Defendants' Deposition Exhibit Brown 11 and Bahls 31.

13. Attached hereto as Exhibit 11 are true and correct copies of photographs taken of the inside of the Spraylat warehouse facility. [FILED UNDER SEAL]

14. Attached hereto as Exhibit 12 is the true and correct copy of the Declaration of Michael Seidler, dated September 1, 2001.

15. Attached hereto as Exhibit 13 is a true and correct copy of a translation of an Order in German Judicial Case 30 Js 879/01, dated August 8, 2002, Bates stamped VA 017788. [FILED UNDER SEAL]

16. Attached hereto as Exhibit 14 is a true and correct copy of selected pages from the deposition transcript of Steve Erdahl, taken on September 5, 2002. [FILED UNDER SEAL]

17. While Valspar is not entirely aware of the current status of the German criminal investigations against their former employees, Valspar nonetheless believes that the German prosecutor will pursue a formal case against DeBlandre and Luettgens, and may not pursue a formal case against Reipa and Kotschenreuther.

18. Attached hereto as Exhibit 15 is a true and correct copy of Leak Repairs, Inc. v. Energy Maint., Inc., No. 89-C-8034, 1991 U.S. Dist. LEXIS 13862 (N.D. Ill. September 26, 1991).

19. Attached hereto as Exhibit 16 is a true and correct copy of Inter-Tel, Inc. v. CA Communications, Inc., No. 02-1864, 2003 U.S. Dist. LEXIS 23467 (D. Minn. December 29, 2003).

20. Attached hereto as Exhibit 17 is a true and correct copy of Wyeth v. Natural Biologics, Inc., No. 98-2469, 2003 U.S. Dist. LEXIS 17713 (D. Minn. October 2, 2003).

21. Attached hereto as Exhibit 18 is a true and correct copy of Baer v. Midland Enter., No. 03-1331, 2004 U.S. Dist. LEXIS 10184 (E.D. La. June 3, 2004).

22. Attached hereto as Exhibit 19 is a true and correct copy of Levine v. Goldin, No. 87-Civ-6337, 1993 U.S. Dist. LEXIS 5766 (S.D.N.Y. April 30, 1993).

23. Attached hereto as Exhibit 20 is a true and correct copy of Munafo v. Metro. Transp. Auth., No. 98-CV-4572, 2003 U.S. Dist. LEXIS 13495 (E.D.N.Y. January 22, 2003).

24. Attached hereto as Exhibit 21 is a true and correct copy of Baxter Diagnostics, Inc. v. Novatek Med., Inc., No. 94-CV-5220, 1998 U.S. Dist. LEXIS 15093 (S.D.N.Y. September 25, 1998).

25. Attached hereto as Exhibit 22 is a true and correct copy of Tompulis v. Schwartz & Freeman, No. 92-C-7375, 1994 U.S. Dist. LEXIS 11118 (N.D. Ill. August 5, 1994).

26. Attached hereto as Exhibit 23 is a true and correct copy of Shamrock Techs. v. Med. Sterilization, No. 93-1101, 1993 U.S. App. LEXIS 24557, 28 U.S.P.Q. 2d (BNA) 1693 (Fed. Cir. September 21, 1993).

I state under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2005

s\Dennis C. Bremer
Dennis C. Bremer