UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, | Civil Action No. 01-CV-1605 JNE/JGL |
| v. | **ELECTRONIC PLACEHOLDER** |
| Spraylat Corporation and Spraylat GmbH, Defendants. | |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**EXHIBIT 3 TO THE DECLARATION OF DENNIS C. BREMER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

XX Item Under Seal* (Document number of protective order: Document number **11**)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL<br><br>**ELECTRONIC PLACEHOLDER** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**EXHIBIT 4 TO THE DECLARATION OF DENNIS C. BREMER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_XX_ Item Under Seal* (Document number of protective order: Document number **11**)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).