EX-A

RICHARD M. ROMPALA
CHAIRMAN, PRESIDENT & CEO

**The Valspar Corporation**

1101 South Third Street / Minneapolis, MN 55415
Mailing Address: P.O. Box 1461 / Minneapolis, MN 55440
612/375-7703
Executive FAX: 612/375-7750

December 12, 2000

Alain DeBlandre
Lilly Industries, Inc.
Friedensstrasse 40
D-52249
Eschweiler, Germany

Dear Alain:

The past few months have been an extremely challenging period for both Valspar and Lilly, as we have collectively worked towards the integration of our fine companies.

Your contribution to this process has been excellent, both from the stand point of ensuring that Lilly continued to be professionally managed during this period, as well as working cooperatively with Valspar management on the many issues associated with this acquisition.

We have now had an opportunity to finalize the organizational structure following the closing of our merger. In reviewing our needs going forward, we will not be requiring your services on an on-going basis following the close of the acquisition.

You have a Change in Control Agreement with Lilly. Under the terms of this agreement, Valspar is obligated to provide certain benefits. The timing of these payments is within 30 days following your termination date. We will be using December 29, 2000 as your official termination date.

I greatly appreciate your dedication and professionalism during this acquisition and wish you continued success in your future employment activities.

Sincerely,

[signature]

EXHIBIT 23 6/20/02

c: Steve Erdahl
Gary Gardner

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL<br><br>**ELECTRONIC PLACEHOLDER** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**EXHIBIT 6 TO THE DECLARATION OF DENNIS C. BREMER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

XX Item Under Seal* (Document number of protective order: Document number **11**)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL<br><br>**ELECTRONIC PLACEHOLDER** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**EXHIBIT 7 TO THE DECLARATION OF DENNIS C. BREMER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

XX Item Under Seal* (Document number of protective order: Document number **11**)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, v. Spraylat Corporation and Spraylat GmbH, Defendants. | Civil Action No. 01-CV-1605 JNE/JGL **ELECTRONIC PLACEHOLDER** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**EXHIBIT 8 TO THE DECLARATION OF DENNIS C. BREMER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

XX Item Under Seal* (Document number of protective order: Document number **11**)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).