UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 7, 2005**, I caused the following documents:

1. Plaintiffs' Notice of Motion in Limine to Preclude Defendants From Asking Questions of Plaintiffs' Witnesses that Would Lead to the Invocation of Privilege in Front of the Jury;

2. Plaintiffs' Motion in Limine to Preclude Defendants From Asking Questions of Plaintiffs' Witnesses that Would Lead to the Invocation of Privilege in Front of the Jury;

3. Plaintiffs' Memorandum of Law in Support of Its Motion in Limine to Preclude Defendants From Asking Questions of Plaintiffs' Witnesses that Would Lead to the Invocation of Privilege in Front of the Jury;

4. Plaintiffs' Notice of Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Facts Forming the Basis of Valspar's Dismissed Claim That Defendants' Converted Plaintiffs' Equipment;

5. Plaintiffs' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Facts Forming the Basis of Valspar's Dismissed Claim That Defendants' Converted Plaintiffs' Equipment;

6. Plaintiffs' Memorandum of Law in Support of Its Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Facts Forming the Basis of Valspar's Dismissed Claim That Defendants' Converted Plaintiffs' Equipment;

7. Plaintiffs' Notice of Motion in Limine to Preclude Reference to Any Purported

Lack of Non-Compete Clauses in Valspar's Employment Contracts With Its Former Employees;

8. Plaintiffs' Motion in Limine to Preclude Reference to Any Purported Lack of Non-Compete Clauses in Valspar's Employment Contracts With Its Former Employees;

9. Plaintiffs' Memorandum of Law in Support of Its Motion in Limine to Preclude Reference to Non-Compete Clauses, or Lack Thereof, in Valspar's Employment Contracts;

10. Plaintiffs' Notice of Motion in Limine to Preclude Reference to the German Prosecutor's Decisions Whether to Proceed with Criminal Prosecution of Defendants' Employees;

11. Plaintiffs' Motion in Limine to Preclude Reference to the German Prosecutor's Decisions Whether to Proceed with Criminal Prosecution of Defendants' Employees;

12. Plaintiffs' Memorandum of Law in Support of Its Motion in Limine to Preclude Reference to the German Prosecutor's Decisions Whether to Proceed With Criminal Prosecution of Defendants' Employees;

13. Plaintiffs' Notice of Motion in Limine to Preclude Any Reference To Patents and Other Publications Which Were Published After July 26, 2001;

14. Plaintiffs' Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published After July 26, 2001;

15. Plaintiffs' Memorandum of Law in Support of Its Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published After July 26, 2001;

16. Plaintiffs' Notice of Motion in Limine to Preclude References to, and Alleged Inferences To Be Made From, The Court's Summary Judgment Order At Trial;

17. Plaintiffs' Motion in Limine to Preclude References to, and Alleged Inferences To Be Made From, the Court's Summary Judgment Order at Trial; and,

18. Plaintiffs' Memorandum of Law in Support of Its Motion in Limine to Preclude References to, and Alleged Inferences To Be Made From, The Court's Summary Judgment Order At Trial.

to be filed electronically with Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mitchell Hurley, Esq.
Blossom Kan, Esq.
David Zensky, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Michelle A. Paninopoulos, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Dated: March 7, 2005

s/ Dennis C. Bremer
Dennis C. Bremer