**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br>Plaintiffs, | ) | Civil Action No. 01CVI605 JNE/JGL |
| v. | ) | **DEFENDANTS' MOTION IN LIMINE TO APPLY GERMAN LAW AND TO STRIKE PLAINTIFFS' CLAIMS FOR PUNITIVE AND/OR EXEMPLARY DAMAGES** |
| Spraylat Corporation and Spraylat GmbH,<br>Defendants. | ) | |

Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") hereby move the Court for an Order *in limine* that German law should be applied to the two discrete issues where conflicts exist between German and Minnesota law: (1) the availability of punitive or exemplary damages, and (2) the enforceability of the confidentiality provision contained in an agreement executed in Germany on or around January 10, 1981 by Guenther Reipa; and/or for an order that Plaintiffs are not entitled to recover punitive or exemplary damages under Minnesota law on any of their claims.

This motion is based on Defendants' Motion to Apply German Law and to Strike Plaintiffs' Claims for Punitive and/or Exemplary Damages; the Second Declaration of Mitchell P. Hurley and accompanying exhibits; the Declaration of Christof Seifarth and accompanying exhibits; the argument of counsel at the hearing; and the facts, record, and proceedings in this case.

A Proposed Order is submitted by e-mail.

Dated: March 7, 2005

**FAEGRE & BENSON LLP**

By: __/s Michelle A. Paninopoulos
Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20697167.01