# Handelsgesetzbuch

Deutsch-englische Textausgabe
mit einer englischen Einleitung

von

Dr. Martin Peltzer
Rechtsanwalt und Notar
Frankfurt am Main

Elizabeth A. Voight
Attorney at Law
München

5. erneuerte Auflage

2003

otto schmidt
Verlag
Dr. Otto Schmidt
Köln

§§ 66–72 *(aufgehoben)*

§§ 66–72 *(repealed)*

### § 73 [*Anspruch auf Zeugnis*][1]

*Bei der Beendigung des Dienstverhältnisses kann der Handlungsgehilfe ein schriftliches Zeugnis über die Art und Dauer der Beschäftigung fordern. Das Zeugnis ist auf Verlangen des Handlungsgehilfen auch auf die Führung und die Leistungen auszudehnen. Die Erteilung des Zeugnisses in elektronischer Form ist ausgeschlossen.*

### § 73 *Right to a reference*[1]

*Upon termination of the employment relationship, the clerical employee may demand a written reference pertaining to the type and duration of employment. The employment reference shall, at the employee's request, extend to matters of conduct and services. The provision of the reference in electronic form is excluded.*

### § 74 [Vertragliches Wettbewerbsverbot; bezahlte Karenz]

(1) Eine Vereinbarung zwischen dem Prinzipal und dem Handlungsgehilfen, die den Gehilfen für die Zeit nach Beendigung des Dienstverhältnisses in seiner gewerblichen Tätigkeit beschränkt (Wettbewerbsverbot), bedarf der Schriftform und der Aushändigung einer vom Prinzipal unterzeichneten, die vereinbarten Bestimmungen enthaltenden Urkunde an den Gehilfen.

(2) Das Wettbewerbsverbot ist nur verbindlich, wenn sich der Prinzipal verpflichtet, für die Dauer des Verbots eine Entschädigung zu zahlen, die für jedes Jahr des Verbots mindestens die Hälfte der von dem Handlungsgehilfen zuletzt bezogenen vertragsmäßigen Leistungen erreicht.

### § 74 Contractual prohibition of competition; paid abstention period

(1) An agreement between the principal and the clerical employee which limits the clerical employee in his business activity (prohibition of competition) for the period following termination of the employment relationship must be in writing, and a copy of the document signed by the principal and containing the agreed conditions must be provided to the clerical employee.

(2) The prohibition of competition is only binding where the principal is obligated, for the term of the prohibition, to pay annual compensation equal to at least one-half of the most recent contractual remuneration received by the clerical employee.

1 § 73 ist aufgehoben mit Wirkung ab 1.1.2003 durch Gesetz vom 24.8.2002, BGBl. I S. 3412.

1 § 73 is repealed effective January 1, 2003 by Act dated August 24, 2002, Federal Gazette I, page 3412.