**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc. and Valspar GmbH, Plaintiffs, | Civil Action No. 01CVI605 JNE/JGL |
| v. | **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE EXPERT TESTIMONY OF PETER SMITH** |
| Spraylat Corporation and Spraylat GmbH, Defendants. | |

Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") hereby move the Court for an Order *in limine* excluding the testimony and reports of Plaintiffs' damages expert Peter Smith.

This motion is based on Defendants' Motion to Exclude the Expert Testimony of Peter Smith; the Declaration of David M. Zensky and accompanying exhibits; the Declaration of John Ragazzini and accompanying exhibits; the argument of counsel at the hearing; and the facts, record, and proceedings in this case.

A Proposed Order is submitted by e-mail.

Dated: March 7, 2005

**FAEGRE & BENSON LLP**

By: __/s Michelle A. Paninopoulos
Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20697169.01