**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CVI605 JNE/JGL<br><br>**DEFENDANTS' FIRST OMNIBUS MOTION IN LIMINE** |

Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") hereby move the Court for an Order *in limine* precluding Plaintiffs from offering all evidence or testimony concerning (1) "Business Information" and/or the "DeBlandre Plan," (2) the preparation of the DeBlandre Plan and any earlier drafts thereof, (3) any other matters akin to the Business Information, and (4) any claim that the Additives are Plaintiffs' trade secrets by themselves.

This motion is based on Defendants' First Omnibus Motion in Limine; the Declaration of Blossom Kan and accompanying exhibits; the argument of counsel at the hearing; and the facts, record, and proceedings in this case.

A Proposed Order is submitted by e-mail.

Dated: March 7, 2005

**FAEGRE & BENSON LLP**

By: /s Michelle A. Paninopoulos

Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center

90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20697172.01