**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CVI605 JNE/JGL<br><br>**DEFENDANTS' SECOND OMNIBUS MOTION IN LIMINE** |

Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") hereby move the Court for an Order *in limine* precluding Plaintiffs from offering evidence or testimony concerning (1) the complaint filed by the Federal Trade Commission against Valspar in 2001, which Valspar mistakenly contends supports its claim for trade secret protection over its formulas in this case; (2) the unrelated *Mirror-Tech Litigation* filed fifteen years ago by different parties concerning different formulas; (3) Valspar's allegations as to the "time and treasure" it expended in developing its formulas; (4) Valspar's allegations that its former employees "stole" a Valspar GmbH formula book or lab book; (5) Plaintiffs' allegations that Willi Luetgens accessed Valspar GmbH's "formulations database"; and (6) the parties' "Attorneys' Eyes Only" designations as being determinative of whether a document or information contains trade secrets.

This motion is based on Defendants' Second Omnibus Motion in Limine; the Declaration of Blossom Kan and accompanying exhibits; the argument of counsel at the hearing; and the facts, record, and proceedings in this case.

A Proposed Order is submitted by e-mail.

Dated: March 7, 2005

**FAEGRE & BENSON LLP**

By: __/s Michelle A. Paninopoulos
Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20697174.01