**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br>Plaintiffs, | ) | Civil Action No. 01CVI605 JNE/JGL |
| v. | ) | **DEFENDANTS' THIRD OMNIBUS MOTION IN LIMINE** |
| Spraylat Corporation and Spraylat GmbH,<br>Defendants. | ) | |

Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") hereby move the Court for an Order *in limine* precluding Plaintiffs from offering evidence concerning (1) the compensation paid to Alain DeBlandre by Lilly/Valspar, upon his termination, pursuant to the terms of his Change in Control Agreement with Lilly; (2) the June 8, 2001 e-mail from Alain DeBlandre to Willi Luetgens; (3) the reference to "migration of European technology" contained on a compensation plan for Alain DeBlandre; and (4) a criminal investigation of Spraylat GmbH's employees by the local German district attorney, commenced in 2001 at the request of Plaintiffs.

This motion is based on Defendants' Third Omnibus Motion in Limine; the Declaration of Blossom Kan and accompanying exhibits; the argument of counsel at the hearing; and the facts, record, and proceedings in this case.

A Proposed Order is submitted by e-mail.

Dated: March 7, 2005 **FAEGRE & BENSON LLP**

By: __/s Michelle A. Paninopoulos
Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20697178.01