**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Valspar Corporation,, et al, 01cv1605 (JNE/JGL)

Plaintiff,

v.

**NOTICE OF JURY TRIAL**

Spraylat Corporation, et al,

Defendant.

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **JURY TRIAL** on Tuesday, May 3, 2005 at 9:30 a.m., before Judge Joan N. Ericksen in Courtroom 3, St. Paul, Minnesota.

DATED: March 8, 2005.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*