**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br>Plaintiffs,<br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CVI605 JNE/JGL |

**CERTIFICATE OF SERVICE**
**BY OVERNIGHT MAIL, E-MAIL and ECF FILING/SERVICE**

I hereby certify that on March 4, 2005, I caused the following documents:

1. Defendants' Notice of Pre-Trial Motions;
2. Proposed Order;
3. Defendants' Motion to Exclude Putative Expert Opinion of Kenneth Brown;
4. Defendants' Motion to Apply German Law and to Strike Plaintiffs' Claims for Putative and/or Exemplary Damages;
5. Defendants' Motion to Exclude the Expert Testimony of Peter Smith;
6. Defendants' First Omnibus Motion in Limine;
7. Defendants' Second Omnibus Motion in Limine;
8. Defendants' Third Omnibus Motion in Limine;
9. Declaration of David M. Zensky (without exhibits);
10. Declaration of Mitchell P. Hurley (without exhibits)
11. Second Declaration of Mitchell P. Hurley (without exhibits);
12. Declaration of Blossom Kan (without exhibits)
13. Declaration of Dr. Christof Siefarth (without exhibits); and
14. Declaration of John F. Ragazzini (without exhibits).

to be delivered by e-mail to the following e-mail addresses:

dbremer@ccvl.com
bhayes@ccvl.com

I further certify that on March 4, 2005, I caused the following documents:

1. Defendants' Notice of Pre-Trial Motions;
2. Proposed Order;
3. Defendants' Motion to Exclude Putative Expert Opinion of Kenneth Brown;

4. Defendants' Motion to Apply German Law and to Strike Plaintiffs' Claims for Putative and/or Exemplary Damages;
5. Defendants' Motion to Exclude the Expert Testimony of Peter Smith;
6. Defendants' First Omnibus Motion in Limine;
7. Defendants' Second Omnibus Motion in Limine;
8. Defendants' Third Omnibus Motion in Limine;
9. Declaration of David M. Zensky;
10. Declaration of Mitchell P. Hurley;
11. Second Declaration of Mitchell P. Hurley;
12. Declaration of Blossom Kan
13. Declaration of Dr. Christof Siefarth; and
14. Declaration of John F. Ragazzini.

to be delivered by delivering copies thereof to Overnight Mail delivery service at New York, New York, and causing them to be delivered to the following attorney at the following address by Overnight Mail for Saturday delivery:

Dennis Bremer
Carlson, Caspers, Vandenburgh, and Lindquist
225 South 6th Street, 32nd Floor
Minneapolis, MN 55402

I further certify that on March 7, 2005, I caused to be filed electronically with Clerk of Court through ECF the following documents:

1. Defendants' Notice of Pre-Trial Motions;
2. Defendants' Motion in Limine to Exclude Putative Expert Opinion of Kenneth Brown;
3. Defendants' Memorandum of Law In Support of Motion in Limine to Exclude Putative Expert Opinion of Kenneth Brown; **(UNDER SEAL)**
4. Declaration of Mitchell P. Hurley; **(UNDER SEAL)**
5. Defendants' Motion in Limine to Apply German Law and to Strike Plaintiffs' Claims for Putative and/or Exemplary Damages;
6. Defendants' Memorandum of Law In Support of Motion in Limine to Apply German Law and to Strike Plaintiffs' Claims for Putative and/or Exemplary Damages; **(UNDER SEAL)**
7. Second Declaration of Mitchell P. Hurley; **(UNDER SEAL)**
8. Declaration of Dr. Christof Siefarth;
9. Defendants' Motion in Limine to Exclude the Expert Testimony of Peter Smith;
10. Defendants' Memorandum of Law In Support of Motion in Limine to Exclude the Expert Testimony of Peter Smith; **(UNDER SEAL)**
11. Declaration of David M. Zensky; **(UNDER SEAL)**

12. Declaration of John F. Ragazzini; **(UNDER SEAL)**
13. Defendants' First Omnibus Motion in Limine;
14. Defendants' Defendants' Memorandum of Law In Support of First Omnibus Motion in Limine; **(UNDER SEAL)**
15. Defendants' Second Omnibus Motion in Limine;
16. Defendants' Defendants' Memorandum of Law In Support of Second Omnibus Motion in Limine; **(UNDER SEAL)**
17. Defendants' Third Omnibus Motion in Limine;
18. Defendants' Defendants' Memorandum of Law In Support of Third Omnibus Motion in Limine; **(UNDER SEAL)** and
19. Declaration of Blossom Kan, **(UNDER SEAL)**.

and that ECF will send an e-notice of electronic filing to the following persons:

Dennis C Bremer dbremer@ccvl.com, nlehnertz@ccvl.com;kjohnston@ccvl.com
Alan G Carlson acarlson@ccvl.com, jshea@ccvl.com
John Edward Connelly jconnelly@faegre.com, lsanders@faegre.com
Brian W Hayes bhayes@ccvl.com, gbruns@ccvl.com;nlehnertz@ccvl.com
Mitchell P Hurley mhurley@akingump.com,
dzensky@akingump.com;bkan@akingump.com
Blossom Kan bkan@akingump.com, dzensky@akingump.com;mhurley@akingump.com
Kenneth A Liebman kliebman@faegre.com, jnelson@faegre.com
Michelle A Paninopoulos mpaninopoulos@faegre.com
F Andrew Ubel , III aubel@valspar.com, patents@valspar.com;andyubel@alum.mit.edu
J Derek Vandenburgh dvandenburgh@ccvl.com, kjohnston@ccvl.com
David M Zensky dzensky@akingump.com

/s Blossom Kan
Blossom Kan

M2:20697629.01