# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THE VALSPAR CORPORATION, et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-1605 (JNE/JGL) |
| | ) | Date: 3/14/05 |
| SPRAYLAT CORPORATION, et al., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 10:00 a.m. |
| Defendants. | ) | Time Concluded: 1:30 p.m. |
| | ) | Time in Court: 3 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Rolf Engh, Alan Carlson, Andrew Ubell

Defendant: David Zensky, Michell Paninopoulos

PROCEEDINGS:

☐ Settlement reached.

☒ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge