**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Valspar Corporation, et al,

Plaintiff,

v.

Spraylat Corporation, et al,

Defendant.

01cv1605 (JNE/JGL)

**ORDER OF REFERENCE**

---

**IT IS ORDERED** that pursuant to 28 United States Code, Section 636(b)(1) (A), (B) and (C), the following motions are referred to Magistrate Judge Susan R. Nelson.

1. Motion in Limine to Preclude Defendants From Asking Questions of Plaintiffs' Witnesses that Would Lead to the Invocation of Privilege [Docket No. 298].
2. Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Facts Forming the Basis of Valspar's Dismissed Claim [Docket No. 301].
3. Motion in Limine to Preclude Reference to Any Purported Lack of Non-Compete Clauses in Valspar's Employment Contracts [Docket No. 304].
4. Motion in Limine to Preclude References to the German Prosecutor's Decisions Whether to Proceed with Criminal Prosecution [Docket No. 307].
5. Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published After July 26, 2001 [Docket No. 310].
6. Motion in Limine to Preclude References to, and Alleged Inferences to be Made From, the Court's Summary Judgment Order [Docket No. 313].
7. Motion in Limine to Exclude the Putative Expert Testimony of Kenneth Brown by Spraylat [Docket No. 318].
8. Motion in Limine to Apply German Law and to Strike Plaintiffs' Claims for Punitive and/or Exemplary Damages [Docket No. 321].
9. Motion in Limine to Exclude the Expert Testimony of Peter Smith [Docket No. 325].

10. Defendants' First Omnibus Motion in Limine [Docket No. 329].

11. Defendants' Second Omnibus Motion in Limine [Docket No. 331].

12. Defendants' Third Omnibus Motion in Limine [Docket No. 333].

Dated: March 17, 2005.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court