UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 JNE/JGL

ORDER

---

The following motions will be heard before Magistrate Judge Susan Richard Nelson on April 6, 2005, at 9:30 a.m. in Courtroom 230(c), 316 North Robert Street, St. Paul, Minnesota:

1. Plaintiffs' Motion in Limine to Preclude Defendants From Asking Questions of Plaintiffs' Witnesses that Would Lead to the Invocation of Privilege in Front of the Jury [Doc. No. 298];

2. Plaintiffs' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Facts Forming the Basis of Valspar's Dismissed Claim That Defendants' Converted Plaintiffs' Equipment [Doc. 301];

3. Plaintiffs' Motion in Limine to Preclude Reference to Any Purported Lack of Non-Compete Clauses in Valspar's Employment Contracts With Its Former Employees [Doc. No. 304];

4. Plaintiffs' Motion in Limine to Preclude References to the German Prosecutor's Decisions Whether to Proceed with Criminal Prosecution of Defendants' Employees [Doc. No. 307];

5. Plaintiffs' Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published After July 26, 2001 [Doc. No. 310];

6. Plaintiffs' Motion in Limine to Preclude References to, and Alleged Inferences to be Made From, the Court's Summary Judgment Order at Trial [Doc. No. 313];

7. Defendants' Motion in Limine to Exclude the Putative Expert Testimony of Kenneth Brown [Doc. No. 318];

8. Defendants' Motion in Limine to Apply German Law and to Strike Plaintiffs' Claims for Punitive and/or Exemplary Damages [Doc. No. 321];

9. Defendants' Motion in Limine to Exclude the Expert Testimony of Peter Smith [Doc. No. 325];

10. Defendants' First Omnibus Motion in Limine [Doc. No. 329];

11. Defendants' Second Omnibus Motion in Limine [Doc. No. 331]; and

12. Defendants' Third Omnibus Motion in Limine [Doc. No. 333].

All responses to Motions in Limine shall be filed and served by March 30, 2005, with one courtesy copy delivered to the undersigned at 242 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated: March 17, 2005

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge