**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01CVI605 JNE/JGL<br><br>**STIPULATION** |

WHEREAS the Court has placed the above matter on for trial on May 3, 2005;

WHEREAS Defendants have filed six pre-trial motions, including three Omnibus Motions in Limine (Court Doc. Nos. 329, 331 and 333);

WHEREAS Plaintiffs have filed six pre-trial motions in limine (Court Doc. Nos. 298, 301, 304, 307, 310 and 313);

WHEREAS Plaintiffs would prefer to file a single memorandum of law in response to the three Omnibus Motions in Limine filed by Defendants;

WHEREAS Defendants may seek to file a single memorandum of law in response to two or more of Plaintiffs' Motions in Limine; and

WHEREAS the parties are obligated to file their responses to the pre-trial motions on or before March 30, 2005;

NOW THEREFORE the parties, by and through their undersigned counsel of record, request that the Court approve the following:

1. Plaintiffs may file a consolidated memorandum of law in opposition to Defendants' First, Second and Third Omnibus Motions in Limine (Court Doc. Nos. 329, 331 and 333). Such a consolidated memorandum of law shall not exceed 75 pages in length.

2. Defendants may file a consolidated memorandum of law in opposition to two or more of Plaintiffs' Motions in Limine (Court Doc. Nos. 298, 301, 304, 307, 310 and 313). Such a consolidated memorandum of law shall not exceed a total page length calculated by multiplying 25 pages per motion that is being responded to (*e.g.*, a consolidated memorandum responding to two motions in limine shall not exceed 50 pages in length).

Dated: March 25, 2005

**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.A.**

By: s/ Brian W. Hayes___________________
Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
THE VALSPAR CORPORATION
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322
Fx. (612) 375-7313

***Attorneys for Plaintiffs The Valspar Corporation, Valspar Sourcing, Inc. and Valspar Industries GmbH***

Dated: March 25, 2005

**FAEGRE & BENSON LLP**

By: s/ David M. Zensky___________________
Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***