UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 25, 2005**, I caused the following documents:

1. Stipulation; and

2. Certificate of Service

to be filed electronically with Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mitchell Hurley, Esq.
Blossom Kan, Esq.
David Zensky, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Michelle A. Paninopoulos, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Dated: March 25, 2005

s/ Brian W. Hayes
Brian W. Hayes