**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | ) | Civil Action No. 01CV1605 JNE/JGL<br><br>**ORDER** |

Based on the Stipulation filed by the parties on March 25, 2005 [Doc. No. 342], the Court hereby enters the following Order in the above-captioned matter:

1. Plaintiffs may file a consolidated memorandum of law in opposition to Defendants' First, Second and Third Omnibus Motions in Limine (Court Doc. Nos. 329, 331 and 333). Such a consolidated memorandum of law shall not exceed 75 pages in length.

2. Defendants may file a consolidated memorandum of law in opposition to two or more of Plaintiffs' Motions in Limine (Court Doc. Nos. 298, 301, 304, 307, 310 and 313). Such a consolidated memorandum of law shall not exceed a total page length calculated by multiplying 25 pages per motion that is being responded to (*e.g.*, a consolidated memorandum responding to two motions in limine shall not exceed 50 pages in length).

Dated: March 28, 2005

s/ Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge