UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, v. Spraylat Corporation and Spraylat GmbH, Defendants. | Civil Action No. 01CVI605 JNE/JGL |

**DECLARATION OF MICHELLE PANINOPOULOS**

MICHELLE PANINOPOULOS, under the pains and penalties of perjury under the laws of the United States of America, declares that the following is true and correct:

1. I am an attorney with the law firm of Faegre & Benson, counsel for Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat" or "Defendants") in the above-captioned action. I submit this Declaration in support of Defendants' Consolidated Opposition to Plaintiffs' Motions in Limine and Defendants' Opposition to Plaintiffs' Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published after July 26, 2001. This Declaration is made on my own personal knowledge, except as otherwise indicated.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,398,854.

3. Attached hereto as Exhibit B is a true and correct copy of Letter from Dennis Bremer to Blossom Kan, dated February 14, 2005.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Transcript of the Deposition of Harry Bahls, dated November 6, 2002.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from Plaintiffs' Supplemental Responses to Re-Service of Defendants' First Set of Requests for Admissions, dated February 12, 2003.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Alain DeBlandre dated October 15, 2001.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Transcript of Deposition of Michael Seidler, dated June 19, 2002.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the Transcript of Deposition of Dieter Schneiders, dated June 18, 2002.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Transcript of Deposition of Rainer Wingensiefen, dated June 21, 2002.

Dated: March 30, 2005

/s Michelle Paninopoulos
Michelle Paninopoulos