# CARLSON, CASPERS, VANDENBURGH & LINDQUIST

INTELLECTUAL PROPERTY LITIGATION & COUNSELING

Dennis C. Bremer
Direct Dial: 612-436-9614
E-mail: dbremer@ccvl.com

February 14, 2005

**VIA FACSIMILE**

Blossom Kan, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

**Re: Valspar Corp., Valspar Sourcing Inc., et al. v. Spraylat Corp. et al.; Civ. No. 01-CV-1605 JEL/JGL**

Dear Blossom:

Although we have not finished translating all of the formulas that you provided with your letter of February 9, 2005, we are surprised to find formulas and formula revisions that were not disclosed prior to the close of discovery. This is particularly troubling in the case of SPEG-023, for which you just now produced several revisions dating as far back as August 2001.

Based on our analysis to date, please be advised that Valspar contends that Spraylat's SPEG-023, SPEG-040, SPEG-041, SPEG-066, and SPEG-067 formulas as a whole, as well as Spraylat's use of various ingredients therein, constitute misappropriation of Valspar's trade secret rights in its MS-277, MA-280 and MA-288 formulas. Please consider this to supplement our previous responses to Spraylat's Interrogatory No. 13.

We reserve the right to further supplement this letter and our response to Interrogatory No. 13 after we have finished translating and analyzing this newly produced formula information.

Sincerely yours,

Dennis C. Bremer