**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-CV-1605 JEL/JGL |

**ATTORNEY'S EYES ONLY**
**CONFIDENTIAL**
**FILED UNDER SEAL**

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO APPLY GERMAN LAW AND TO STRIKE PLAINTIFFS' CLAIMS FOR PUNITIVE AND/OR EXEMPLARY DAMAGES**