**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-CV-1605 JEL/JGL |

**<u>FILED UNDER SEAL</u>**

**DECLARATION OF DR. ANDREA LENSING-KRAMER**