**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>vs.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-CV-1605 JEL/JGL |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2005, I caused the following documents:

1. Plaintiffs' Itemized Statement of Damages; and
2. Certificate of Service

to be filed electronically with Clerk of Court through ECF and that ECF will send an e-notice of electronic filing to the persons of their record.

Date: April 6, 2005.

s/Dennis Bremer
Dennis Bremer