# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

The Valspar Corporation,
Valspar Sourcing, Inc.,
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation,
Spraylat GmbH,

Defendants.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1605 JNE/JGL |
| Date: | April 6, 2005 |
| Court Reporter: | Ron Moen |
| Tape Number: | 421, 422, 423, 424 |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 4:15 p.m. |
| Time in Court: | 5 Hours |

APPEARANCES:

Plaintiffs: Alan G. Carlson, Dennis C. Bremer, J. Derek Vandenburgh

Defendants: David M. Zensky, Michelle A. Paninoipoulos, Mitchell P. Hurley, William Borner

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

**Plaintiffs' Motion in Limine to Preclude Defendants From Asking Questions of Plaintiffs' Witnesses that Would Lead to the Invocation of Privilege in Front of the Jury [Doc. No. 298];**

**Plaintiffs' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Facts Forming the Basis of Valspar's Dismissed Claim That Defendants' Converted Plaintiffs' Equipment [Doc. 301];**

**Plaintiffs' Motion in Limine to Preclude Reference to Any Purported Lack of Non-Compete Clauses in Valspar's Employment Contracts With Its Former Employees [Doc. No. 304];**

**Plaintiffs' Motion in Limine to Preclude References to the German Prosecutor's Decisions Whether to Proceed with Criminal Prosecution of Defendants' Employees [Doc. No. 307];**

**Plaintiffs' Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published After July 26, 2001 [Doc. No. 310];**

**Plaintiffs' Motion in Limine to Preclude References to, and Alleged Inferences to be Made From, the Court's Summary Judgment Order at Trial [Doc. No. 313];**

**Defendants' Motion in Limine to Exclude the Putative Expert Testimony of Kenneth Brown [Doc. No. 318];**

**Defendants' Motion in Limine to Apply German Law and to Strike Plaintiffs' Claims for Punitive and/or Exemplary Damages [Doc. No. 321];**

**Defendants' Motion in Limine to Exclude the Expert Testimony of Peter Smith [Doc. No. 325];**

**Defendants' First Omnibus Motion in Limine [Doc. No. 329];**

**Defendants' Second Omnibus Motion in Limine [Doc. No. 331]; and**

**Defendants' Third Omnibus Motion in Limine [Doc. No. 333].**

****THE MOTION HEARING WILL BE CONTINUED ON APRIL 11, 2005 AT 9:00 A.M.****

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Dan Herber
Signature of Dan Herber, Law Clerk