UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Civil No. 01-1605 JNE/JGL

Plaintiffs,

v.

ORDER

Spraylat Corporation and Spraylat GmbH,

Defendants.

---

The remaining motions in limine not heard on April 6, 2005, will now be heard before Magistrate Judge Susan Richard Nelson on April 11, 2005, at 9:00 a.m. in Courtroom 230(c), 316 North Robert Street, St. Paul, Minnesota.

Dated: April 6, 2005

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge