# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiff,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Case No. 01 CV-1605 JNE/JGL

**AFFIDAVIT OF**
**PERSONAL SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Adam Oliansky, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn, says that on the 31st day of March, 2005, he/she served the following:

1. **Defendants' Opposition to Plaintiffs' Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published After July 26, 2001 (FILED UNDER SEAL);**
2. **Defendants' Consolidated Opposition to Plaintiffs' Motions in Limine; and**
3. **Declaration of Michelle Paninopoulos in Support of Defendants' Opposition to Plaintiffs' Motion in Limine to Preclude Any Reference to Patents and Other Publications Which Were Published After July 26, 2001 and Defendants' Consolidated Opposition to Plaintiffs' Motions in Limine (EXHIBITS C-H FILED UNDER SEAL).**

on the following attorneys by handing to and leaving with Kerry Mounkine personally, one (1) true and correct copy thereof, at the following address(es):

Alan G. Carlson, Esq.
Carlson, Caspers, Vandenburgh, & Lindquist
225 South 6th Street, 32nd floor
Minneapolis, MN 55402

Adam Oliansky

Subscribed and sworn to before me
this 31 day of March, 2005.

Shawn M Johnston
Notary Public

SHAWN M. JOHNSTON
Notary Public
Minnesota
My Commission Expires January 31, 2010

Completed Affidavit of Service should be returned to Ginger Plauck (23rd Floor).
M2:20703749.01