IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, v. Spraylat Corporation and Spraylat GmbH, Defendants. | Civil Action No. 01CV1605 JEL/JGL |

**SECOND DECLARATION OF DENNIS BREMER**

**(ALL FILED UNDER SEAL)**

I, Dennis Bremer, hereby declare as follows:

1. This declaration is submitted on behalf of plaintiffs The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH (collectively "Valspar") in support of Valspar's Motions in Limine and in opposition to Defendants' Motions in Limine. This declaration is made on my own personal knowledge, except as otherwise indicated.

2. I am an attorney with Carlson, Caspers, Vandenburgh & Lindquist P.C., counsel for Valspar in the above-identified action.

3. Attached hereto as Exhibit 24 is a true and correct copy of the deposition of John Ragazzini, dated September 19, 2002, pp. 39-41, 52-56.

4. Attached hereto as Exhibit 25 is a true and correct copy of the deposition of John Ragazzini, dated October 30, 2001, pp. 97-101.

5. Attached hereto as Exhibit 26 is a true and correct copy of the deposition of Peter Smith, dated June 24, 2003, pp. 38-39.

6. Attached hereto as Exhibit 27 is a true and correct copy of the deposition of Michael Borner, dated August 16, 2002, pp. 164-65, 181-82.

7. Attached hereto as Exhibit 28 is a true and correct copy of the deposition of Daniel Kovarik, dated September 26, 2002, pp. 37-38.

8. Attached hereto as Exhibit 29 is a true and correct copy of an email with accompanying attachments from Willi Luettgens to Alain DeBlandre, dated April 5, 2001, PDX 61.

9. Attached hereto as Exhibit 30 is a true and correct copy of Willi Luettgens' first profit and loss statement for Spraylat, PDX 240.

10. Attached hereto as Exhibit 31 is a true and correct copy of portions of Ray Chlodney's notes dated January 18, 2001.

11. Attached hereto as Exhibit 32 is a true and correct copy of an email from Alain DeBlandre to Willi Luettgens, dated April 4, 2001.

12. Attached hereto as Exhibit 33 is a true and correct copy of Interactive Pictures Corp. v. Infinite Pictures, Inc., 274 F.3d 1371 (Fed. Cir. 2001).

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2005

s/ Dennis Bremer
Dennis Bremer