UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 24**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 25**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Civil No. 01-1605 (JNE/JGL)

Plaintiffs,

v.

**ELECTRONIC PLACEHOLDER**

Spraylat Corporation and Spraylat GmbH,

Defendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 26**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 27**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 28**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 29**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Civil No. 01-1605 (JNE/JGL)

Plaintiffs,

v.

**ELECTRONIC PLACEHOLDER**

Spraylat Corporation and Spraylat GmbH,

Defendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 30**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 31**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 32**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Civil No. 01-1605 (JNE/JGL)

Plaintiffs,

v.

**ELECTRONIC PLACEHOLDER**

Spraylat Corporation and Spraylat GmbH,

Defendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**SECOND DECLARATION OF DENNIS BREMER**
**EXHIBIT 33**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).