UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, v. Spraylat Corporation and Spraylat GmbH, Defendants. | Civil Action No. 01CV1605 JNE/JGL **DEFENDANTS' MOTION TO STRIKE PORTION OF PLAINTIFFS' ITEMIZED STATEMENT OF DAMAGES** |

Pursuant to Fed. R. Civ. P. 37(c)(1) Defendants Spraylat Corporation and Spraylat GmbH hereby move the Court for an order striking portions of Plaintiffs' Itemized Statement of Damages ("Itemized Statement"); or, in the alternative, for an order that Plaintiffs re-serve their Itemized Statement with an appropriate level of detail and provide all documents or other evidentiary material on which their calculations of lost profits are based, and that Defendants be granted leave to take any necessary discovery on an expedited basis; and, for such other relief under Fed. R. Civ. P. 37 as the Court may deem just and appropriate under the circumstances.

This motion is based on the accompanying Memorandum of Law in Support of Defendants' Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages, the Declaration of Michelle Paninopoulos and exhibits filed therewith, and the arguments of counsel at the hearing.

A Proposed Order is submitted by e-mail.

Dated: April 14, 2005

**FAEGRE & BENSON LLP**

By: /s Michelle A. Paninopoulos

Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20705868.01