UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JNE/JGL<br><br>**NOTICE OF DEFENDANTS' MOTION TO STRIKE PORTION OF PLAINTIFFS' ITEMIZED STATEMENT OF DAMAGES** |

**TO: Plaintiffs The Valspar Corporation, Valspar Sourcing, Inc. and Valspar Industries GmbH and their attorney Alan G. Carlson, Carlson, Caspers, Vandenburgh, & Lindquist LLP, 225 South 6th Street, 32nd floor, Minneapolis, MN 55402.**

**PLEASE TAKE NOTICE** that **on a date and time to be determined**, before the Honorable Joan N. Ericksen in Courtroom 3, 748 Federal Building, 316 N. Robert Street, St. Paul, MN 55101, Defendants Spraylat Corporation and Spraylat GmbH will move the above-named Court for an order striking portions of Plaintiffs' Itemized Statement of Damages ("Itemized Statement"); or, in the alternative, for an order that Plaintiffs re-serve their Itemized Statement with an appropriate level of detail and provide all documents or other evidentiary material on which their calculations of lost profits are based, and that Defendants be granted leave to take any necessary discovery on an expedited basis; and, for such other relief under Fed. R. Civ. P. 37 as the Court may deem just and appropriate under the circumstances.

Plaintiffs request an expedited hearing in view of the importance of the issues raised and proximity of trial.

Dated: April 14, 2005

**FAEGRE & BENSON LLP**

By: /s Michelle A. Paninopoulos

Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20705868.01