UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, | Civil Action No. 01CVI605 JNE/JGL |
| v. | |
| Spraylat Corporation and Spraylat GmbH, Defendants. | |

**DECLARATION OF MICHELLE PANINOPOULOS**

MICHELLE PANINOPOULOS, under the pains and penalties of perjury under the laws of the United States of America, declares that the following is true and correct:

1. I am an attorney with the law firm of Faegre & Benson, counsel for Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat" or "Defendants") in the above-captioned action. I submit this Declaration in support of Defendants' Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages. This Declaration is made on my own personal knowledge, except as otherwise indicated.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Itemized Statement of Damages dated April 6, 2005.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Initial Disclosures Under Fed. R. Civ. P. 26(a) dated January 4, 2002.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Objections to Defendants' Notice of Deposition of Valspar Industries GmbH dated December 6, 2002.

5. Attached hereto as Exhibit D is a true and correct copy of Letter from Mitchell P. Hurley to J. Derek Vandenburgh, dated December 10, 2002.

6. Attached hereto as Exhibit E is a true and correct copy of Letter from J. Derek Vandenburgh to Mitchell P. Hurley, dated December 11, 2002.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Transcript of the Deposition of Michael Seidler, dated December 18, 2002.

8. Based on Spraylat GmbH's Income Statement for the Mirror Solutions Business from 2001 to 2004, the aggregate profit of that business for that time period, in U.S. dollars, is $439,000.

Dated: April 14, 2005

/s Michelle Paninopoulos
Michelle Paninopoulos