IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation and, Valspar Sourcing, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JMR/FLN |

**PLAINTIFFS' INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs The Valspar Corporation and Valspar Sourcing Inc. (hereinafter collectively "Valspar") make the following disclosures.

A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:

| INDIVIDUAL(S) | SUBJECT(S) |
|---|---|
| Michael Seidler<br>Division Vice President Valspar Industrial Europe<br>Valspar Industries GmbH<br>Friedensstrassa 40<br>52249 Eschweiller<br>Germany<br>+49 (240) 370 9242 | Valspar's European mirror products business. |
| Dieter Schnieders<br>Business Director Europe Glass Coatings & Solutions<br>Valspar Industries GmbH<br>Friedensstrassa 40<br>52249 Eschweiller<br>Germany | Valspar's European mirror products business. |

| INDIVIDUAL(S) | SUBJECT(S) |
|---|---|
| Harry Bahls<br>Technical Director Mirror Business Unit<br>Valspar<br>145 Dividend Road<br>Rocky Hill, CT 06067<br>860.563.2811 extension 275 | General technical information, Valspar/Lilly confidential technical and trade secret information. |
| Timothy J. Reilly<br>Technical Manager Mirror Business Unit<br>145 Dividend Road<br>Rocky Hill, CT 06067<br>860.563.2811 extension 257 | General technical information, Valspar/Lilly confidential technical and trade secret information. |
| Alain DeBlandre<br>Director<br>Spraylat GmbH | Spraylat GmbH mirror business, and misappropriation of Valspar/Lilly confidential and trade secret information. |
| Ludwig Kotschenreuther<br>Spraylat GmbH, Germany | Mirror products technical information, business information, and misappropriation of Valspar/Lilly confidential and trade secret information. |
| Guenther Reipa<br>Spraylat GmbH<br>Germany | Mirror products technical information, business information, and misappropriation of Valspar/Lilly confidential and trade secret information. |
| Willi Luettgens<br>Germany | Spraylat GmbH financial information, business information, and misappropriation of Valspar/Lilly confidential and trade secret information. |

B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

The required documents and things have either already been produced or will be produced in response to outstanding discovery requests.

C) A computation of any category of damages claimed by the disclosing party, making available for inspection or copying as under Rule 34 of the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Valspar seeks all damages caused, and all profits unjustly gained, by the misappropriation of trade secrets, breach of the Invention and Confidentiality Agreement, tortious interference with business relations, and unfair competition, with interest, as well as enhanced damages under Minn. Stat. 325C.03(b). Valspars' computation of damages that it suffered as a result of the Defendant's misappropriation of the trade secrets at issue cannot be determined at this time.

D) For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment, which may be entered in the action, or to identify or reimburse for payments made to satisfy the judgment.

Valspar is not aware of any such insurance agreement at this time.

Dated this 4th day of January, 2002.

THE VALSPAR CORPORATION

By its attorneys,

By [signature]

Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Jeffrey P. Cook (MN ID #302,570)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Ph. (612) 332-5300
Fx. (612) 332-9081

Andrew Ubel (MN ID #235,799)
THE VALSPAR CORPORATION
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322
Fx. (612) 375-7313

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation and, Valspar Sourcing, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JMR/FLN |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents:

PLAINTIFFS' INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)

was served on the following parties, by the method(s) indicated below, on January 4, 2002.

Kenneth A. Liebman
FAEGRE & BENSON L.L.P
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

VIA FACSIMILE

Mitchell P. Hurley
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue
New York, NY 10022

VIA FACSIMILE & U.S. MAIL

Dated: 1-4-02

Johanna Juris