AKIN GUMP
STRAUSS HAUER & FELD LLP

Attorneys at Law

MITCHELL P. HURLEY
(212) 872-1011
mhurley@akingump.com

December 10, 2002

VIA FACSIMILE

J. Derek Vandenburgh, Esq.
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Re: Valspar Corp., Valspar Sourcing, Inc., et al. v. Spraylat Corp. and Spraylat GmbH, Civ. No. 01-CV-1605 JEL/JGL

Dear Derek:

We are in receipt of Plaintiffs' Objections to Defendants' Notice of Deposition of Valspar Industries GmbH.

Although we disagree with Valspar's objections to the topics of inquiry listed in the Notice of Deposition, in the interests of facilitating the examination of Valspar Industries GmbH next week, we are willing to limit Valspar GmbH's obligation to prepare its designee(s) with respect to certain of these topics.

With respect to Topic Nos. 1 and 2, Valspar objected because "there is no limit or statement as to time period." We are willing to limit the responsive time period on these topics to 1998-2002. You objected to Topic Nos. 8, 9, and 15 on the same grounds. We are willing to limit the responsive time period with respect to these topics to the time period 2000-2002.

Valspar also objected to Topic No. 3 on the basis that it called for a legal conclusion and was "more properly the subject of expert testimony." Based on this, we assume that Valspar does not intend to present at trial any testimony regarding lost profits, lost customers, or any other factual evidence relating to damages. Provided that you are prepared to stipulate to this, we will agree to withdraw this as a topic of examination. Otherwise, we expect Valspar GmbH's designee to be fully prepared.

Finally, with respect to Topic No. 17, you objected on the basis that the person who Valspar Industries GmbH would designate as its representative on the topic of Valspar formulas and additives, Harry Bahls, has already been deposed twice. However, as you are well aware, Harry

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law



Bahls is not an employee of Valspar Industries GmbH but is the "Business Director and Technical Director for the glass business of Valspar in North America." See Transcript of Deposition of Harry Bahls at 22. Therefore, he could hardly be designated as a representative of Valspar Industries GmbH. In light of this, we expect that you will withdraw your objection and immediately provide us with the identity of Valspar GmbH's 30(b)(6) designee with respect to Topic No. 17.

Please let me know if you have any questions.

Very truly yours,

Mitchell P. Hurley

cc: David M. Zensky, Esq.
Blossom Kan, Esq.