# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

Direct Contact 612.336.4602
dvandenburgh@merchant-gould.com

A Professional Corporation

December 11, 2002

Mitchell P. Hurley
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Avenue
New York, NY 10022

**VIA FACSIMILE**

Re: The Valspar Corporation, et al. v. Spraylat Corporation, et al.
Civil Action No. 01CV1605 JMR/FLN
Our Ref: M&G 9102.665-US-ZA

Dear Mitch:

In response to your first letter of December 10, 2002, we will endeavor, within reason, to be flexible regarding the deposition schedule.

In response to your second letter of December 10, we appreciate the identification of time period with respect to Topic Nos. 1, 2, 8, 9 and 15. Mr. Seidler will prepare accordingly.

With respect to Topic No. 3, we stand by our objection. We do note, however, that it is our intent to provide Mr. Seidler to testify regarding facts relating to Valspar's damage claim.

Finally, with respect to Topic No. 17, nothing in the Federal Rules requires a corporation to designate an employee to testify on its behalf. Harry Bahls is the person most knowledgeable about Topic 17, and he is the person whom Valspar GmbH would designate to testify on its behalf on this topic.

Frankly, it is our belief that Spraylat's entire 30(b)(6) Notice is a subterfuge intended to provide you with an opportunity to re-depose individuals whom you have already had an ample opportunity to depose. For the most part, we have decided to let you proceed anyway. With respect to Topic 17, however, you have already had a chance to depose the most knowledgeable Valspar person on this topic not just once, but twice. We

also reiterate that Valspar GmbH has adopted the testimony of the other Valspar entities on the same topic. In view of the circumstances, we stand by our objection.

Very truly yours,

J. Derek Vandenburgh