UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil Action No. 01CV1605 JMR/FLN

THE VALSPAR CORPORATION AND VALSPAR SOURCING, INC.,

Plaintiffs,

vs.

SPRAYLAT CORPORATION and SPRAYLAT GmbH,

Defendants.

CONFIDENTIAL

DEPOSITION OF:

MICHAEL SEIDLER

---

NON-ATTORNEYS' EYES ONLY PORTION

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before PATRICIA M. MULLIGAN, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, held at THE DORINT AM GRABIN, Peterstrasse 1, D-52062, Aachen, Germany, on Wednesday, December 18, 2002, commencing at 10:10 a.m.

CONFIDENTIAL

Siedler - direct
MR. CARLSON: There's no relevance to that question whether he believes that or not. This document shows who, in fact, they lost sales to at Spraylat. What's it matter what his assumption was before he was able to see this document? If you want to know who Valspar lost sales to, it is this document, VA 4559. What's it matter if his earlier assumption is right or not?
MR. HURLEY: This is your witness who is here today to tell me what damages Valspar GmbH has suffered. I am asking him. He has directed me to a document that he has highlighted and prepared. You're now telling me that that document is not necessarily accurate because you couldn't show him this highly confidential document. I now am showing him the document that you should have shown him weeks ago.
MR. CARLSON: I --
MR. HURLEY: Let me finish. And I now want to ask a series of questions of this witness that are binding on Valspar GmbH, as you well know, about what Valspar GmbH's damage claim is in this case. I would appreciate it if from now on you just say "I object" if you have an objection,



Siedler - direct
and let's not argue anymore about what's relevant and what's not.
Q. You have the two documents in front of you?
A. In which order do you want me to go?
Q. What I want to ask you is -- Let's back up to where we were when we started this whole thing, which is what has Valspar GmbH done to determine the volume of sales that it claims to have lost to Spraylat? And you answered by pointing to the document in your notebook. Apparently your answer would be modified, according to your counsel, by the document that he has just handed you, which is VA 45 -- SP 4559 through 4564. So why don't you look at that document and tell me whether or not that document would cause you to alter your estimation of the sales lost to Spraylat. Then we'll go through each customer that you claim, looking at your document and the document that's been handed to you by counsel, each customer that you now claim sales were lost to Spraylat, and we'll talk about how much. Okay? It's now 2:30. Why don't you get started.



Siedler - direct
MR. CARLSON: What's the question? You want to know --
MR. HURLEY: Alan --
MR. CARLSON: Sales to Spraylat? Here's your list. I can't believe you're asking him anything other than what's on my list.
MR. HURLEY: Actually, what I need to do is find out what Valspar GmbH has done to estimate lost sales.
MR. CARLSON: You don't need to.
MR. HURLEY: I just should take your word for it. Your word has been great.
MR. CARLSON: You should ask what it is that you've lost sales to.
MR. HURLEY: Thank you, Professor Carlson.
Let's take a break. Five-minute break.
(Recess.)
MR. HURLEY: I'm going to mark this, my copy of this document.
(Whereupon, Exhibit Seidler-23, Net Sales Spraylat GmbH from 7-01 through 6-02 for Glass Business, is received and marked for identification.)



Siedler - direct
Q. I'm going to hand you a document marked Seidler-23, and Seidler-23 is the document we talked about, SP 4559 through 4563, and it says across the top, "Net sales Spraylat GmbH from July, 2001, to end of June, 2002, for glass business." Do you see that?
A. Yes.
Q. You have seen this document before, I take it? You just haven't gotten a copy of it before today.
A. I have seen either this or a very similar document.
Q. Is it the case, as your counsel just represented, that to the extent that Valspar GmbH claims damages in this case those damages are all reflected on Exhibit 23? Let me rephrase that.
Is it the case, as your counsel just represented, that to the extent Valspar GmbH claims it lost sales to Spraylat, all of those lost sales are shown on Seidler-23?
A. With one exception. So obviously a wrong assumption.
Q. What do you mean, "one exception"?
A. I have on my list, which I have

127

Siedler - direct
prepared for today, one customer we assumed we have lost to Spraylat, and this customer is not on this list.
Q. Not on Seidler-23.
A. Not on Seidler-23.
Q. Which customer?
A. Havala in Egypt.
Q. So I guess I appreciate the clarification. My question really is focused now on just Seidler-23 because your counsel told me everything else you've done is irrelevant and that Seidler-23 is the only relevant document for expressing the claimed lost sales suffered by Valspar GmbH in this case. Is that correct?
A. Are you asking me that all the sales which is on these four or five pages is sales we have lost to Spraylat?
Q. No. I'm asking you whether Valspar GmbH claims it's lost any sales that are not reflected on Seidler-23?
A. I haven't claimed anything yet.
Q. Let's back up. Valspar GmbH. Actually, in fact, I think when I asked you what damages you thought Valspar GmbH suffered, the

128

Siedler - direct
first thing you said is substantial lost sales.
A. Yes.
Q. And then I asked you what you've done to calculate lost sales, and you started to give me some information which I've now been advised is irrelevant by your counsel. I want you to look at Seidler-23, which is a document that was produced in this case by Spraylat and which shows sales made by Spraylat. My question to you is, as Valspar GmbH's corporate representative does Valspar GmbH claim it has lost any sales that are not listed or represented on --
MR. HURLEY: Let me withdraw that question.
Q. Looking at Seidler-23 and remembering that you are Valspar GmbH's corporate designee here to speak on behalf of Valspar GmbH, does Valspar GmbH claim that it has lost any sales to Spraylat that are not reflected on Seidler-23?
A. Our claim in terms of amount of sales would be today a lot higher than what is being documented in this document at the end of June, 2002. So in terms of the numbers, we claim that we have lost a lot more sales than what is being

129

Siedler - direct
documented in Seidler-23.
Q. You believe that you've lost additional sales since June of 2002.
A. Correct.
Q. That are not reflected on Seidler-23.
A. Correct.
Q. Have you done anything to determine, to calculate the value of sales lost by Valspar GmbH to Spraylat since June of 2002?
A. We are in the process of doing this.
Q. Who is?
A. Me. Sorry. I am in the process of doing it.
Q. You haven't done it yet.
A. I have not headed it up because, as we have discussed before, this is so far on assumptions I have made or we have made, so, in other words, when I could have a document like September, 2002, I think then one could make a clear comparison and basically -- not prove, check if our assumptions are in line with the reality.
Q. So in determining your claim for lost sales to Spraylat you would rely exclusively on sales data of Spraylat GmbH produced in this

130

Siedler - direct
action. Is that right?
A. No.
Q. What else would you look at?
A. We would look to two things. We would look to the sales we have lost, what we have done, the reasons, and then attribute the reasons and then add up what we have attributed to Spraylat.
Q. But if you later found out that some of those sales you attributed to Spraylat were to customers that haven't bought anything from Spraylat, then you would subtract that back out again. Right?
A. Most probably. Yes.
Q. And in preparing to testify today you have not made an effort to calculate using the method that you just described, the method that does not rely on Spraylat's sales data, you have not made an effort using that method to calculate Valspar GmbH's lost damages from June of 2002 to the present. Is that right? Lost sales.
A. No. I've made some attempts. Okay?
Q. I should rephrase that question. You have not completed that calculation. Sitting here today you have not completed the calculation using

Siedler - direct
your method of estimated lost sales from June, 2002, to the present.
A. I have not completed this calculation in terms that it is -- How do you say the word in English? -- bulletproof?
Q. Do you have an estimate? Can you tell me what you think that number is?
A. I have an estimate.
Q. What is it? Again, we're talking from after June, 2002, to the present. Right?
A. No. My estimate would just be fiscal year fiscal year. So it's 12 months' period, again, October. So Fiscal Year 2001, Fiscal Year 2002, like an annualized view on it.
Q. Returning to my question, you have made no attempt to calculate the amount of lost sales after June, 2002, to the present. That discrete time period you've made no effort to estimate Valspar's lost sales. Is that correct?
A. Right.
Q. However, you did say when you looked at Seidler-23 that you believed that Spraylat has taken many more sales than are reflected on Seidler-23. Is that right?



Siedler - direct
A. In terms of amount?
Q. Yes.
A. Yes.
Q. And so what's your basis for saying that?
A. Okay. I take it back. I want -- need to clarify this. I have no doubt that the sales reported for this time period is correct. Okay? Why should I? Okay. What I'm saying is if you -- And this is for 12 months. Okay? If you take a different -- later period of 12 months and you would do the same thing here, the sales would be a lot higher.
Q. I think I understand what you're saying. It's that Seidler-23 reflects sales data only up until June of 2002?
A. Exactly.
Q. So there may have been additional sales made after June, 2002, that Valspar GmbH would claim as lost sales.
A. Correct.
Q. And you have not made an effort to estimate how much that lost sale amount would be for the period after June, 2002?



Siedler - direct
A. We made an attempt by looking to a slightly different time period, just because that we just assumed that in August and September of 2001 there was not much sales --
Q. I understand --
A. -- until we looked to another 12 months' period.
Q. My question relates to the discrete time period after June, 2002, to the present. For that period of time you have no estimate of lost sales. Right?
A. I think you have to correct your -- you said after June, 2002, didn't you?
Q. Yes.
A. Didn't you mean after July, 2001? Which would make more sense to me.
Q. The document says "Net sales Spraylat July 2001 to end of June, 2002"?
A. Then you asked me if we made any attempt to look after June, 2002. Maybe I misunderstood you.
Q. No. You didn't misunderstand me. My understanding is that you think there were additional sales made by Spraylat after June,



Siedler - direct
2002, which you would believe constitute lost Valspar GmbH sales. Right?
A. Yes.
Q. And there's a number out there that represents that number of sales, that amount of sales. Right?
A. Yes.
Q. But you do not have an estimate of what that number is. You haven't attempted to estimate that number.
A. Yes.
Q. Yes, you have not?
A. Yes. We did.
Q. What's the number?
A. So from July, 2001, to September, 2002 --
Q. July, 2002, to September, 2002. Correct? I'm asking you about the period that is not accounted for on Seidler-23. Okay? Through June, 2002, is accounted for in Seidler-23. I'm asking whether you tried to estimate lost sales that are not represented in Seidler-23.
A. Okay. My estimate was different. My estimate --

135

Siedler - direct
Q. The answer is, no, you have not. Correct?
A. No. We have. We have estimated in a different way sales after July, 2002. We have.
Q. I'm talking about the discrete period July, 2002, onward, not including preJuly 2002. And if I understand your testimony correctly you have not made an effort to estimate what that number is. I know you've made an estimate that includes that period of time. I'm asking you whether you have made an estimate for just that period of time, July, 2002, to the present.
A. No. We didn't.
Q. Now, would Monica Pieters be able to determine what that number is by using the computer?
MR. CARLSON: Objection.
Q. Produce a report showing lost sales, Valspar GmbH solutions for the period July, 2002, to the present?
MR. CARLSON: Objection. Irrelevant. Just give us your sales list. Give us another list like Seidler-23 and we'll have it.
A. She would not be able to.

136

Siedler - direct
Q. No?
A. No. I mean, I would -- My understanding is, even if you didn't say it, that this is lost to Spraylat. Right?
Q. I don't know what your understanding is, Mr. Seidler. Only you know that.
A. Because you said lost business for period July, 2002, to the present. Okay? I have said before --
Q. I understand what you're saying now. She could produce a report that shows the total number of sales lost during that period but she wouldn't be able on her own to determine which of those sales were lost to Spraylat and which were not.
A. Thank you.
Q. But she would be able to produce the report showing the lost sales for that period.
A. Yeah. With some additional work, because it's different time periods.
Q. And then you would go in and you would try and determine which among those sales were lost to Spraylat.
A. This is what I would do. Correct.

137

Siedler - direct
Q. But she hasn't produced that report, has she?
A. She has not. No.
Q. And you haven't gone through to see which might have been lost to Spraylat. Right?
A. Again, not in detail for this period of time.
MR. HURLEY: Let's take a short break.
(Recess.)
Q. We talked about a -- Let's see. -- four categories of damages to Spraylat GmbH. The first one, lost sales. Sounds like Valspar GmbH is going to rely on Spraylat GmbH's sales data to show the sales that it claims to have lost to Spraylat GmbH, and if there's something else you plan on relying on please let me know.
MR. CARLSON: Let me add to that --
MR. HURLEY: Actually, if you would let the witness answer it I would appreciate it.
MR. CARLSON: I want to add to that. This is on the assumption that the figures you've given us are accurate. And the witness said he's assuming that as well.
MR. HURLEY: Okay.

138

Siedler - direct
Q. Do you have anything to add?
A. I have to reconcentrate for a second. We would not totally rely on the sales report, because for some customers we know this. We know this because we have spoken to the customer. We have seen Spraylat's product at these customers or we were told by the customers that we have lost business to Spraylat.
Q. And you're saying that you know of instances like that where the customers' lost sales are not reflected on Seidler-23?
A. Can you just repeat the question, please.
Q. Are there customers that you believe you are aware of having lost -- Let's see. Is there business that you were aware of having been lost to Spraylat that is not reflected on Seidler-23? I guess what I'm asking, are you telling me you have some reason to believe Seidler-23 is not accurate or complete?
A. No. I'm not saying this. The only thing I said is if there would be -- Take an extreme example, okay? If there would not be Glaverbel on that list here, okay, and we know

Siedler - direct
that Spraylat is supply Glaverbel Zeebrugge, that's -- we would pick on this one.
Q. And have you reviewed Seidler-23 adequately to tell me whether or not there are any sales that you know of during the period of time that are reflected on Seidler-23 that do not appear on Seidler 23?
Do you understand?
A. Yes. I'm just -- Can I repeat your question in my own words?
Q. Let me try it again. Are you aware of any lost sales for the period from July, 2001, to June, 2002, that do not appear on Seidler-23?
A. No. This is the way I would phrase the question. I mean -- Okay. The numbers might be different. Okay? That's the only thing, because there's different periods and I'm just -- have realized that they are reporting here net sales. I would report gross sales. So the numbers, you know, at final end might be different, but I'm not missing something structural.
Q. Has anyone at Valspar GmbH taken the time to look at Seidler-23 and determined whether or not the numbers are or are not different that



Siedler - direct
Valspar GmbH intends to claim in this case?
A. Definitely not by the individual number because the individual number here on that report is made up of volume and price. Okay? And the Spraylat price can be very different from our price. Okay? Plus, they have it here as net sales. I don't know what the accounting practices at Spraylat GmbH or Spraylat Incorporation are to come from gross sales to net sales.
Q. Well, let's just stick with liters sold to each customer. Has anyone at Valspar GmbH gone through Seidler-23 to determine whether or not the amount of liters sold to individual customers is the same as the amount of liters that Valspar GmbH claims it would have sold in the absence of competition from Spraylat?
A. No, because it's very much useless. It's not useless, but the amount of work you would put in compared to the benefit you have is very low.
Q. Well, that might be true in your business, but in this litigation I don't think it is true because what I want to find out is how much you claim, how many sales you claim to have



Siedler - direct
lost, and I think what you just said is the dollar amount may not be so important because we have different prices, so --
A. I didn't say this.
MR. CARLSON: Objection.
A. I didn't say this.
Q. Let me change the characterization that the dollar amount may not be precisely the same.
A. Exactly.
Q. Because there are different prices between Valspar and Spraylat?
A. And different accounting policies.
Q. Understood. What I'm trying to understand, though, is do you know whether or not Valspar GmbH intends to claim that it would otherwise have sold 40 liters of silver concentrate to Adamke Heidi on this list if it weren't for Spraylat?
A. We would claim it more.
Q. You would claim even more?
A. For whatever time period you -- we would look at.
Q. Just restricting ourselves to the time period reflected on Seidler-23, which is July,



Siedler - direct
2001, to June, 2002, do you know whether or not Valspar GmbH intends to claim, with respect to each of these customers -- And I'm using Adamke Heidi as an example. -- that it lost the equivalent of 40 liters sales because of Spraylat's entry into the market, or is it intending to claim a different number?
A. We -- We most probably would not challenge 40 liters.
Q. It's your belief for each liter that Spraylat sold to a customer Valspar lost a liter of sales. Is that right?
A. This would be my general view to this. Okay? Was maybe some -- With a few exceptions which might be related to different technology or different form of sales report or whatever. You can report sales in volume and in dollars within different businesses within different companies in different ways. So if you see, let's say, a thousand gallons or a billion gallons of sales of Sherwin-Williams in the US and you see a billion gallons of Valspar, these are not the same 1 billion gallons because their way of reporting and accounting is different. So this 1 billion

Siedler - direct
gallons is not the same 1 billion gallons we have.
Q. Do you have some reason to believe the way gallons -- the way liters are reported on Seidler-23 is different from the way Valspar reports liters?
A. The only thing I'm saying is there are differences between companies --
Q. I understand that in the abstract, but we're here to talk about Spraylat and Valspar. So my question to you is, do you have any reason to believe that Spraylat reports liters or uses the phrase "liters" that is different from the way Valspar GmbH uses the term "liters" or reports sales in liters?
A. Yes, but not because of Spraylat. Just because that companies and the accounting system for companies, even for volumes and weight, is just different. That's all.
Q. Can be different. But not necessarily. Right?
A. Okay.
Q. If what you're saying --
A. I agree.
Q. You're just recognizing it's possible



Siedler - direct
they're different?
A. Then I rephrase my answer. I worked for three coating companies so far in my life and all three had different accounting systems and how to calculate sales value in any case, but also sales volume. There are always small differences. That's my experience.
Q. So you have a reason to believe; that in the three companies you worked for before, those companies reported differently because you worked for them and you knew something about it. Now, do you have any reason to believe, using that standard, that Spraylat reports or uses liters differently than Valspar does other than the mere fact that it's possible they do?
A. I do not have one specific reason to believe that this might be different from the way Valspar reports volumes.
MR. HURLEY: Alan, I guess I would be willing to leave this topic if you are able to stipulate that this document is going to be the source material for Valspar GmbH's claims of lost sales.
MR. CARLSON: I would stipulate that



Siedler - direct
based upon what we know today and based upon the accuracy; that is, that this is accurate, that we would rely upon the statements at the time of trial which would include up to that time statements of Spraylat GmbH that those are sales that we would have lost. Now, it may be slightly more. Maybe there are some customers in there that the people that you presently employ learned about through some sources other than when they were at Valspar, maybe some new customer was created that we would not have learned about. There might be some reasons why there might be some adjustments, but the fact is that, as I said earlier, I think that your actual sales are the best evidence of what our damage claim would be.
MR. HURLEY: I just don't want to leave this topic if you guys are later going to claim, for example with the first entry, that even though during that period of time on Seidler-23 Adamke bought 40 liters from Spraylat that somehow Valspar GmbH lost more than 40 liters of sales during that time.
MR. CARLSON: For instance, we lost more than 40 because we could have sold them more



Siedler - direct
than they bought from you guys? If, for instance, if it were that kind of a situation, we don't have any basis for claiming that right now on any of these customers. That's what I understand.
There isn't anyone here that you can say, Look, Spraylat would have gotten only 40 liters but if we were there we could have gotten 80, is there?
THE WITNESS: No. It might be even the other way around. I've seen one of the cases where we think we have lost less and found just quick that you gain more. But this is something again I know also when I prepared this I just tried to be realistic, but, again, the most important thing is that in terms of volume and value, regardless what I said before about the calculation of it, that the time period is pretty much is a bad time period to really use this as how much sales we have even lost annually.
Q. I understand that you're saying there is additional time that should be accounted for that's not accounted for in Seidler-23.
A. It's not only the additional time. It is whenever you start something, you start slow.

147

Siedler - direct

Okay? So when you take a different time period here I'm convinced that if you would take whatever this number is, let's say the total sales is a hundred for 12 months, I'm more than convinced if you would take now, let's say, December to December, this would be 200.

Q. I understand what you're saying. You believe a company gains momentum as it develops and --

A. It was more or less the same customers.

Q. So that in the same time period in the last three months more likely they would sell more than the first three months.

A. Exactly.

Q. And would you expect that to be reflected in whatever the next sales figure document is that we provide in this case?

A. Exactly.

MR. HURLEY: But the figures themselves, I understand, assuming they are accurate, those are going to be the basis for Valspar GmbH's lost sales claim.

MR. CARLSON: Yes. They are. And we may make some adjustments perhaps when we get your

148

Siedler - direct

latest report. There may be a customer in there for some reason we would say, no, we wouldn't have gotten those sales for some reason or another. But assuming it's accurate I can say right now that I know of no reason, from everything I've heard from the witness, that would maintain that the figure would be higher than the sales that you are showing.

Q. So moving on to the second category of damages you talked about, lost profits, has Valspar GmbH attempted to ascertain the amount of profits it's lost as a result of Spraylat's conduct?

A. Yes. What we did is we compared our operating profit for the glass solution business for the Year 2001, took it as a base, which already includes some smaller losses in the months of September and August 2001, losses in terms of sales losses to Spraylat. We just assume we have a full year. Then we looked to 2002, Fiscal Year 2002, and just took from the, if you like, 2002 P&L, the new sales that we have gained and the costs linked to it, to the sales, and compared this with 2001. And the difference in profits is

149

Siedler - direct

about a million euro. It's exactly 1,100,000.

Q. That's the difference in profits?

A. In profits. Yes.

Q. Now, I think maybe this didn't come out quite right on the record. You said we looked at 2002 and took from the, if you like, 2002 the new sales that we have gained and the costs linked to it, and compared this with 2001. I think what you mean -- And correct me if I'm wrong. -- is that you excluded from your calculation of income in 2002 the new sales. Is that right?

A. And the costs.

Q. And the costs.

A. So like we -- When we say we try to compare apples to apples. So the other way you could describe it is we took our 2001 customers and then took the 2002 sales and costs and made a P&L out of this.

Q. And you have the documents that you used for this comparison sitting in front of you right now?

A. I have something like a preliminary P&L which is not a true P&L. Yes.

Q. But when you actually were making the

150

Siedler - direct

comparison did you look at the true Fiscal Year 2001 P&L and the true Fiscal Year 2002 P&L?

A. What do you mean "true" 2002?

Q. You just said the one in front of you is not the true P&L?

A. Right.

Q. What I'm asking is what you actually looked at when you made your comparison?

A. I looked to the true 2001.

Q. And the true 2002 minus the new sales and costs associated therewith?

A. Exactly.

Q. And do you have those two documents sitting in front of you, the true 2001 P&L and the true 2002, minus the new sales and costs?

A. I'm not sure. I think I only have one --

(Whereupon, there is a discussion held off the record.)

MR. CARLSON: You can waste a lot of time going through that book on his assumptions when his assumption didn't know who the specific customers were and now we have --

MR. BORNER: It's only going to change

151

Siedler - direct
the revenue.
MR. CARLSON: If you know your revenue figure there are historical documents that would say what their margins were, and we're giving you the benefit there because there are some benefits you get from added volume. You could probably lower your cost of certain raw materials, but assuming that the costs for the additional volume would be the same as the cost for the volume you had, you can apply those figures that he's got here to this document.
MR. HURLEY: I understand that the ultimate figure we come out with or that he has come out with for lost profit is not going to be right, but I still want to know how he got to that number.
Q. So do you have those two documents, the ones we were talking about before?
A. I do have one.
Q. Which one do you have?
A. The one which we used to calculate the losses.
Q. Well, there were two documents you used to calculate lost profits. Right?

152

Siedler - direct
A. Yeah, but it's basically one and the same. It's on one document. It's two documents, but they're on one document.
Q. So you have both documents?
A. No. It's one document.
Q. You have both data sources, and they appear on, what, a single page?
A. Yeah. Because that's the way it's been reported.
Q. Mind if I take a look?
Let's describe this for the record. It's in your notebook. It says Valspar Europe across the top, entity, Germany-Eschweiler solutions. Month, it says FY 2002, and then there's a heading says Accumulated FY 2002, and the -- apparently the name of the document down here?
A.- Yes.
Q. Is PLMS2002_Eschweiler-SO, and again it's dated 17-12-2002.
So looking at this document, Mr. Seidler, if you can explain to me how you used this document to calculate lost profits.
A. Very, very simple. We have our last

153

Siedler - direct
year results, which is Fiscal Year 2001. This has not been changed. Even with the understanding that there was some sales already lost to Spraylat for two months. Okay?
Q. And the operating profit for last year was 1.989 million?
A. Correct.
Q. And you compared that 1.989 million to the operating profit for Fiscal Year 2002 minus new sales?
A. And minus costs relating to.
Q. And that number that you reach was 889,000?
A. Correct.
Q. Now, I just want to go through some of these components that you used in calculating operating profit. Okay? Let's see. First of all, I notice that you've got sales divided among sales to third parties, sales to Valspar Europe current, sales to rest of Valspar, sales eliminated?
A. Yes. Just an accounting thing.
Q. And that all comes to gross sales. What is the reference, Sales Valspar Europe

154

Siedler - direct
current?
A. That's where we record in the company business. Between -- This is business between different Valspar entities.
Q. So if you sell products to, like, Valspar SAS, would that be listed there?
A. Yes. For example. Yes.
Q. But there's a separate entry for sales, rest Valspar?
A. Yeah, because we differentiate between Europe and nonEurope. That's for accounting reasons, because there's one consolidated P&L for Valspar Europe. It was all activities.
Q. And again this document we're looking at reflects just the solutions business. Right?
A. Yes.
Q. So in neither year did you make any sales Valspar Europe, it looks like?
A. Correct.
Q. You made some sales in the current year to the rest of Valspar.
A. Correct.
Q. It looks like 76,000 worth of sales.
A. Correct.

Siedler - direct
Q. Do you know who those sales were made to, which Valspar entity or more than one?
A. It was only one.
Q. Do you know which one?
A. Yes.
Q. Which?
A. South Africa.
Q. What does Sales Eliminated refer to?
A. This is basically then when, you know -- to avoid that we have in the total reporting, sales counted double when we calculate, so what we do is because this is Valspar Europe now, so this sales here, it's not here, okay, but would show up here as a minus.
Q. Okay. If you had sales to --
A. To any Valspar Europe entity. Let's say 10,000 here is a plus.
Q. Then you would cancel those sales out.
A. Exactly. Because otherwise -- That's the reason -- That was my comment about Sherwin-Williams, for example.
Q. Now, underneath Gross Sales it says -- You've got some figures for returns?
A. Exactly.



Siedler - direct
Q. Same categories of parties, it looks like. First one is Returns Third Party?
A. Those are our normal customers.
Q. And it looks like in 2002 there were $16,000 worth of returns and in 2001 there were only $1,000 of returns?
A. Yeah.
Q. And there were no returns by Valspar Europe or the rest of Valspar.
A. Correct.
Q. Was it a single customer that returned all those?
A. I don't know.
Q. Don't know?
A. 16,000 for one year, that's nothing. I will love to have businesses with this level of returns.
Q. It is 16 times the number of returns you had the year before, though. Right?
A. That's true. Okay.
Q. Do you know why there were more returns that year?
A. 16,000, that's nothing. This could be any customer says that's the wrong package or -- I



Siedler - direct
don't know. Or we don't like you anymore. 16,000 is -- This is less than a percent. I don't even try to find out.
Q. Customer Claims. What does that refer to?
A. Claims from customers. Product costs.
Q. What kinds of claims? Complaints about the quality of the product?
A. Yeah. Whatever. It's not returns. It's just damage we have done to a customer who has used our products.
Q. What kind of damage?
A. I don't know. 3,000 euro is nothing.
Q. I understand. But for the moment we're not talking about the quantity. Is that, for example, if your products wind up producing a batch of poor mirrors?
A. For example.
Q. And then you'll reimburse them for that?
A. Exactly.
Q. It looks like that happened to the tune of $25,000 the year before. Is that right?
A. Looks like. Don't ask me about the



Siedler - direct
year before because I have only limited -- No. 2001. No.
Q. And then Customer Rebates.
A. Yes.
Q. Under what kinds of circumstances would you provide a rebate to a customer?
A. Depending on the agreement we have with the customer. If he has volume -- year-end volume-related discount that's typical.
Q. Freight Out. What does that refer to? Is that your cost of shipping?
A. The cost of shipping we are paying. Yes.
Q. And you've got Other Sales Deductions in here. What kinds of items does that refer to?
A. In this case for this P&L it's -- It might be something we have paid for one other reason which was not a claim or something. It can be -- so small, I mean I wouldn't ask for justification, you know. It's this level of business. Most probably some documentation -- some documentation behind it, but I can't remember what --
Q. It's okay to say you don't know if you

Siedler - direct
don't know.
A. I mean, I know what sales deductions, but I don't remember what this particular one is.
Q. What is your understanding of what sales deductions ordinarily are?
A. They are sometimes, you know, we have something between a claim and making a commitment to a customer so, you know, then we would book it as a sales deduction, you know, or if you have material sent free of charge.
Q. Sort of miscellaneous?
A. Small things.
Q. Concessions to a customer.
A. Yes.
Q. In the RMC section you've got STD --
A. Standard raw material costs.
Q. To third parties?
A. Yes.
Q. And in 2001 it was 892 and 2002 it was 710?
A. Correct.
Q. Did Valspar's raw material costs change materially from 2001 to 2002 per unit? Obviously they changed?



Siedler - direct
A. It's more a question of mix here. Maybe they've gone up slightly, but here this difference is more a question of mix than true raw material increases.
Q. What do you mean by mix?
A. Mix of sales. You know, what kind of products you sell.
Q. The difference in the numbers has more to do with the fact that you've sold less product. Is that what you're saying?
A. No. This is not -- This is just, you know, you may have -- I would need to calculate this. For sales price, raw materials price -- That's a combination of a couple of things, but the biggest contributor to this is a mix of our products we are selling.
Q. Okay. You selling --
A. Let's say --
Q. Certain products are more expensive to produce than others?
A. No. Have a relative higher raw material cost. So when this amount increases, so that your total percentage for raw material costs goes up.



Siedler - direct
Q. And that happened between 2001 and 2002. You sold more products with a higher raw material cost in 2002 than 2001?
A. You can see it. Our average sales price went up as well, but the average sales price went less up than our average raw material price, so therefore you have a difference here in the raw material cost.
Q. So you were just indicating down the last box I guess on this document starts Tonnage, and it's got some other entries down here, Gross Sales Price, Net Sales Price?
A. Just gives me some relative numbers. These are average numbers, but it helps a little bit better to understand.
Q. So you have your average raw material costs in 2001 was -- What is that, 99,000?
A. No. That's a euro. Euro per kilogram.
Q. Euro per kilogram 99 cents, and 2002 it was 1.37. A euro 37?
A. Right.
Q. And then going under total RMC&CONT, what does the CONT stand for?
A. Containers. Packaging.



Siedler - direct
Q. It says, Standard CONV costs to third parties. Do you see that?
A. Yes.
Q. What does the CONV mean?
A. Conversion costs.
Q. Conversion costs?
A. Manufacturing costs.
Q. There's nothing listed for research expenses in either 2001 or 2002. Does that mean there was no research being done in 2001 or 2002 for solutions?
A. No. Just because the cost centers are probably not allocated to the real costs.
Q. Were there any employees in 2001 or 2002 that were doing solution research in Europe?
A. We had some in 2001 and 2002, and I don't know if we have changed it now. This is kind of a mistake which was -- Well, not a mistake. Not being fully accurate in the cost allocation, but because it was done in 2001. And the most important thing for me is to compare it, and, you know, even for 2002 we kept I think even for 2003 we go ahead with the kind of wrong cost allocation. It's not that -- It's not that

163

Siedler - direct
important for such -- for such a business of this size of people. I mean, if you have hundreds of people between selling and research then you pay a little bit more attention if they are in research or selling, but if you have basically only two, two or three people, okay, one you might put in research and one you put half in research and the other one selling.
Q. So just getting back to my question, were there any people at Valspar GmbH that were doing solution research in 2001 or 2002?
A. Yes. They were, but they are not allocated in the right cost center.
Q. Who were those people? Start with 2001.
A. Kotschenreuther would have been in research, should have been in research. And then in 2002 there should have been -- What's her name? Ignes. I forgot her first name.
Q. What about Rainer Wingensiefen?
A. He's in selling.
And you can see the cost went down.
Q. And total -- I'm sorry. Administrative Expenses. You've got an entry for that and --

164

Siedler - direct
A. That's just kind of allocation key which has been used, and as you see it has been reduced in total accordingly to the reduction in sales. You see? It has been reduced by a hundred thousand or 90,000 euro.
Q. In other words, you list this as the percentage and then calculate the actual number based on the percentage?
A. No. It's not quite that way. It's -- There's another allocation key behind it. You could debate about it, saying we still had the same admin people, you know, before and after Spraylat. But, you know, I didn't want to get into too many arguments about the accounting philosophy of things, so I took an approach saying, Okay, when we have lost business I just have assumed that we have like fired a person in administration.
Q. So you actually did this accounting. Is that right?
A. No. No.
Q. You came up with this key in terms of determining how to --
A. No. There was only a question about

165

Siedler - direct
the costs here for the admin because this is never direct costs. So I said, Hey, just continue --
Q. This 225, 225,000 for 2001, that's not the actual cost. Right? You didn't attempt to actually allocate each person's salary and that sort of thing, you just -- You came up with a reasonable percentage?
A. It's more than reasonable. There's -- You know, this is sophisticated, you know, work behind. Okay? So --
Q. And who did that work?
A. The director of finance. You know, there are Valspar rules for this. Again, the last year, 2001, there had been nothing changed. That's just our pure truly way of report.
Q. So in comparing the -- In calculating the sales for 2002 did you do anything to account for the fact that even Valspar doesn't believe that all of the sales that it lost were lost to Spraylat?
MR. CARLSON: Objection.
A. Can you repeat --
Q. This number, this sales number which is substantially less than the year before, even

166

Siedler - direct
Valspar admits that some of the difference in that number is related to -- is not necessarily related to Spraylat. Right? You don't claim that every sale that was lost was lost as a result of Spraylat. Right?
A. I said that not all sales we have lost was lost to Spraylat. That's true. But I'm -- I need to double-check -- I can't answer your question because I'm not a hundred-percent sure if this sales difference is purely sales losses -- I need to verify. I'm pretty sure because I told her, but I didn't check. I didn't went through the -- because I only gave her the customers. Again --
Q. So you don't know whether that $1.1 million takes into account the fact that not all of your lost sales were the result of Spraylat's conduct. It could be that the actual figure is less.
A. You know, for the operating profit you can debate for hours, you know, what the effect is. All right? For sales --
Q. I understand, but we're just talking about that entry for sales. Right?

Siedler - direct
A. I need to verify this if there has been some -- if I see what I think I see.
Q. So the document that we just spent time going over, that is the document that you used to calculate lost profits. Is that right?
A. Correct.
Q. Did you use any documents other than the document we just went over in your calculation of lost profits?
A. No. I didn't. I wanted to, but no. I forgot to do this. I wanted -- I wanted to have a sanity check, you know, which I haven't done.
Q. What were you going to do to have your sanity check?
A. Just compare with other data, you know, like I could look to 2000 and just make some what I call cross calculations to make sure that the numbers, you know, make sense. I call it make sense. Or are in the ballpark. I call it sense.
Q. Do you plan to do that at some point?
A. Yes.
MR. HURLEY: I guess if you just let us know when the witness has done that.
MR. CARLSON: Again, my point is that



Siedler - direct
you're asking him about the profit that he assumes he would have made on sales he assumed he would have had, and the fact is we have an actual document on sales, and I've stipulated we will be working off your document. So what I would be asking him if I were you -- And I'm not Professor Carlson, as you pointed out. -- is what is the profit margin that you believe you would have had on sales that Spraylat took from you. And that will be our position going forward at trial on the lost sales and profit of Spraylat -- of Valspar GmbH.
MR. HURLEY: Well, rather than asking that question I'm trying to get the method that this witness uses to calculate profitability, and I recognize that you've already gone through how he calculated a particular entry in that process, and now we're talking about the process in general.
MR. CARLSON: It's quite possible that he would apply those margins to the sales of Spraylat, but you haven't asked him that yet.
Q. Do you intend to apply different margins to the sales you claim to have lost to



Siedler - direct
Spraylat than the margins reflected in the document we were just looking at?
A. I probably would apply the 2001 margins to any sales number I would get from Spraylat documents.
Q. What margin did you apply in calculating the $1.1 million figure?
A. I didn't apply anything. I did not apply any margins. What we did is we had our results for Fiscal Year 2001, which is a given. We have our normal results for Fiscal Year 2002 and changed this, if you like, by taking out those customers, the sales of those customers we did not have in 2001.
Q. What's the 2002 profit margin? It's listed there. Right?
A. Operating profit?
Q. Yes. Is there another profit margin you have on that document?
A. No. But there's always a different understanding of profit margin. 52 percent.
Q. 52 percent. What was the profit margin in 2001?
A. Didn't you ask me for 2001?



Siedler - direct
Q. I asked you for 2002.
A. Sorry.
Q. What was 2002?
A. 37.1 percent.
Q. And 2001 it was 52 percent.
A. 52 percent.
Q. And why is it you would plan to apply the 52 percent margin rather than the 37.1 margin to sales?
A. No. Margin and profit are two different things.
Q. Profit margin. That's what we're talking about.
A. This shows margins here. It shows gross margins, and it says, you know, raw material margins.
MR. CARLSON: Is that this figure here?
A. Like the raw material -- It shows the raw material costs. Okay? But just put it the other way around --
MR. CARLSON: Wait. Just show me the figure for -- where your margins are. Show me the column. This one right here?
THE WITNESS: No. This is for Fiscal

Siedler - direct
Year 2001. Okay. This is not the margin. That's the other way around.
MR. CARLSON: Wait. Just point it out to me. Just show me the column where it shows margins.
MR. HURLEY: Operating profit, and here's the margin right here. 37.1 and 52.
MR. CARLSON: Okay. I just was wondering where he got that.
Q. So those are the operating profit margins you were talking about?
A. Correct.
Q. A minute ago I asked you a question that Mr. Carlson suggested I ask you, which is what profit margin do you intend to apply to the sales you claim were lost, and you said I would probably apply the 2001 margin. Do you remember that?
A. Yes. Sorry, but you didn't ask me for profit margin. You asked me for margin.
Q. Okay. Let's go back, and I'll say what profit margin do you intend to apply to the sales you claim you lost to Spraylat?
A. The 2001 average profit margin.



Siedler - direct
Q. Which is 52 percent?
A. 52 percent.
Q. What did you think we were talking about for the last five minutes?
A. About margin?
Q. Yes.
A. See, there's P&L, different margins. This business you look at different stages, you know. First of all, you have your sales and you have your net sales. Then you have the raw material costs, and basically the net sales minus the raw material costs is your raw material margin. Okay? Which in this case here is 77 percent. Okay? Then you have your manufacturing costs, a couple of other things, which gives you that --
Q. So you thought I might have been referring to a margin that did not reflect certain kinds of costs. As opposed to the operating profit margin.
A. Correct. Gross margin just goes down the P&L.
Q. Why have you determined that it would be appropriate to apply the operating profit



Siedler - direct
margin of 2001 instead of the operating profit margin of 2002?
A. Because the operating profit margin is a consequence of how much sales you have, a couple of other things, how your costs are allocated, divided, and what I need to look at is how it was before and after. Okay? So, in other words, you can do it in a different way here. At least it's in the neighborhood here.
The basis for my comment was that in 2001 we achieved a certain operating profit. So this is expressed in total amounts or in this case in euro, and is a percentage of the net sales. So when you lose sales the way we have lost sales to Spraylat, I think it's very appropriate that you just take the operating profit you would have had without the loss of sales.
Q. Well, sure. The point is to try to determine what the operating profit would have been, but you have chosen to deem that operating profit 52 percent instead of, say, 37.1 percent, and I'm asking why you did that.
A. Because 52 percent is the operating profit from Fiscal Year 2001. I just assumed



Siedler - direct
Fiscal Year 2001 has no Spraylat impact. The Spraylat would not have happened. We would have had another Year 2002 with 51 percent or 52 percent operating profit.
Q. Well, let's say you're correct that Spraylat -- Let's say you're correct for the sake of argument that Spraylat took some volume of sales. What makes you think that Spraylat's conduct would also have affected the profit you would make per unit?
A. I don't care, because it's my damages, not what Spraylat made out of this business.
Q. Well, but what I'm saying is that obviously for 2002 your profit margin was lower than it was in 2001?
A. Yes.
Q. Do you have some reason to believe that the smaller profit margin is as a result of Spraylat's conduct, or is it not possible that your profit margin would have gone down for other factors beyond your control and that sales made during that period of time by Spraylat that you claim as lost sales should have a smaller profit margin applied to that?

175

Siedler - direct
MR. CARLSON: Objection.
Q. Do you understand?
A. Yeah. But this was two or three questions in one. I understand --
Q. How did you come to 52 percent when you've got 52 percent one year and 37 percent in another year?
A. But the profit margin in 2002 the way we have calculated this has only dropped because we lost sales of significance to Spraylat.
Q. Well, that explains the volume of lost sales, but that doesn't necessarily explain the change in the margin.
A. It does.
Q. Tell me how that does.
A. Sorry. I mean to be a little but -- you say blunt? But, I mean, it takes some general understanding of business and how a P&L or profit and loss statement is being built up.
Q. Well, you're going to have to indulge me, Mr. Seidler. I would like for you to explain to me using your business savvy --
A. Very simple. If the sales drops, the cost does not drop at the same rate and the same

176

Siedler - direct
way. Okay? That's basically the driver of the dimension or the dimension of the thing.
Q. Well, in fact, I guess you would have to be saying on a per unit basis costs are going up. Is that what you're saying?
A. If you sell less. Yes.
Q. If you sell less your costs are going up as a consequence.
A. Yeah. True. Unless you fire people.
Q. So you're saying that the entire difference in the 2001 profit margin to the 2002 profit margin is explained by your belief that costs of producing your products have gone up on a per unit basis.
A. No. I didn't say that.
Q. What other factors?
A. Because then the profit margin would be much; much lower. We are not -- We are talking about the difference here in profit margin. Okay? We still made a profit.
Q. I understand. And I'm trying to get at what you believe explains the difference in the profit margin from 2001 to 2002.
A. Okay. Whatever the costs are and

177

Siedler - direct
however they are defined, with every dollar of sales in this, the business Spraylat has taken away, there is a certain part profit in it. Not very low. High. You can see it from the Spraylat own finance plan. Okay? So now this is one thing. The other thing is just that there is a second impact when you would use the volume because business has been stolen that you -- It's just impossible to adjust your cost structure in the same way at the same speed at the same time your sales have decreased in this particular --
Q. I understand that. Even with my limited knowledge of business I understand that. So you don't sell as much stuff, right? And your cost per unit goes up. There's an economy of scale that you lose as your volume goes down. And is that loss of economy of scale, do you believe that explains the entire difference in profit margin?
A. No.
Q. Let's talk about the other factors.
A. That's profit which is inbuilt in the sales price. That's basically the bigger part of the whole thing.

178

Siedler - direct
Q. You had to lower your prices?
A. No. If you have -- If you sell a product and you have a certain cost to it, you know, raw material costs, so you have a certain difference, and then depending on how you make it and what your other costs are, this margin is going to reduce further. And the manufacturing costs which are impacted by the -- How you say -- What do you use, the expression scale --
Q. Economy of scale?
A. Scale of economy is impacted, yes. Maybe the raw material costs to a degree, and we even didn't here -- see, you know our other expenses, not only -- Okay.
Q. I think I understand. On a per unit basis your costs per unit go up. That's what you're saying. For a variety of reasons. It may be more expensive to get raw materials. May be more expensive to manufacture. You maybe have to employ the same number of administrative staff and sell fewer products. For all of those reasons your cost of units go up?
A. Yes.
Q. And that reduces your margin per unit?

179

Siedler - direct
A. Yes.
Q. Other than that effect do you have -- Do you believe anything else may have impacted the reduction in margin? Let me ask you a couple of specific questions. For example, do you believe that the entry of a new competitor in the solutions market required you, Valspar GmbH, to lower its prices?
A. No.
Q. In no case did Valspar GmbH lower its prices in response to Spraylat's entry into the market.
A. No. We did not.
Q. Did Valspar GmbH lower its prices during the relevant time period, 2001 to 2002, for any other reason?
A. Are you asking me 2002 versus 2001? Right? No.
Q. During the period beginning in 2001, January, 2001, to end of Fiscal Year 2002 did Valspar GmbH lower its prices for any reason?
A. I mean, when you say lower, means --
Q. Lower.
A. Lower than what? Sorry.

180

Siedler - direct
Q. Lower than it was before.
A. Okay. For what period of time? For which products?
Q. Any. Period of time that I'm talking about is beginning of 2001 to end of Fiscal Year 2002. Any solutions product.
A. There might be some.
Q. You don't know?
A. I know.
Q. You know that there were or you know -- You did lower some prices during that period of time.
A. Prices were changed. Yes.
Q. Do you know which prices for which products and for which customers?
A. In general, yes.
Q. Let's start with which customers.
A. Okay. Then --
(Recess.)
(The following portion of the transcript is designated "Confidential, For Attorneys' Eyes Only.")

196

Siedler - direct
(This concludes the portion of the transcript designated "Confidential, For Attorneys' Eyes Only.")
Q. Let's just go to the Valspar equipment for a minute. The stuff that you claim was stolen.
MR. CARLSON: You want to go off the confidential record? I would, if you're done with this area.
Q. Has Valspar -- That stuff was owned by Valspar GmbH. Right?
A. Sorry? What was owned by Valspar?
Q. The stuff you claim was stolen, the physical equipment you claim was stolen.
A. Yes.
Q. That was owned by Valspar GmbH?
A. Correct.
Q. Has Valspar GmbH made any attempt to estimate the value of that equipment?
A. No.
Q. So you don't know what it's worth.
A. I can find out, but I don't know.
Q. How would you find out?
A. There are two possibilities. One is

197

Siedler - direct
you look to your balance sheets and -- not the balance sheets. A little deeper. You look to the book value of the asset. That's usually what you do when you have bought something, and then you depreciate it over a period of time. You have a book value. That's one thing. One way you could calculate or determine the value. And then the other possibility is that you just look to how much would it cost you to buy such used equipment again, because in this case it's used equipment. That's basically the two ways of doing it.
Q. So does Valspar GmbH maintain a balance sheet that lists all of its tangible equipment and the value ascribed to that equipment?
A. Valspar Eschweiler does. Because the equipment in question is from Valspar Wallenfels and the accounting policies were not fully implemented even under Lilly, there might be a lack of documentation for this particular equipment.
Q. Have you checked?
A. I have not.
Q. So Valspar Eschweiler maintains a separate balance sheet from Valspar Wallenfels?