**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2005, I have caused to be electronically filed the following documents:

1. Defendants' Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages;
2. Defendants' Notice of Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages;
3. Memorandum of Law in Support of Defendants' Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages; and
4. Declaration of Michelle Paninopoulos in Support of Defendants' Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages.

with the Clerk of the Court through ECF, and that ECF will send a notice of electronic filing to the following:

Dennis C Bremer dbremer@ccvl.com, nlehnertz@ccvl.com;kjohnston@ccvl.com
Alan Gary Carlson acarlson@ccvl.com, jshea@ccvl.com
John Edward Connelly jconnelly@faegre.com, lsanders@faegre.com
Brian W Hayes bhayes@ccvl.com, gbruns@ccvl.com;nlehnertz@ccvl.com
Mitchell P Hurley mhurley@akingump.com, dzensky@akingump.com;bkan@akingump.com
Blossom Kan bkan@akingump.com, dzensky@akingump.com;mhurley@akingump.com
Kenneth A Liebman kliebman@faegre.com, jnelson@faegre.com
Michelle A Paninopoulos mpaninopoulos@faegre.com
F Andrew Ubel , III aubel@valspar.com, patents@valspar.com;andyubel@alum.mit.edu
J Derek Vandenburgh dvandenburgh@ccvl.com, kjohnston@ccvl.com
David M Zensky dzensky@akingump.com

**0:01-cv-1605 Notice will be delivered by other means to:**
George E Hurley , Jr
Law Firm Unknown
Stacey M Schwartz
Not Admitted

Date: April 15, 2005

s/Michelle A. Paninopoulos
Michelle A. Paninopoulos
Attorney No. 312411
Attorney for Defendant
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
MPaninopoulos@faegre.com

M2:20707495.01