CCVL

CARLSON, CASPERS, VANDENBURGH & LINDQUIST
INTELLECTUAL PROPERTY LITIGATION & COUNSELING

J. Derek Vandenburgh
Direct Dial: 612-436-9618
E-mail: dvandenburgh@ccvl.com

CV01·1605

April 7, 2005

RECEIVED
APR 0 7 2005
U.S. DISTRICT COURT
S.R.N.

**VIA MESSENGER**

The Honorable Judge Susan R. Nelson
United States District Court
748 Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: Valspar Corp., et al. v. Spraylat Corp. et al., Civ. No. 01-CV-1605 JNE/JGL

Dear Judge Nelson:

As you requested during our hearing yesterday, enclosed are the development documents that Mr. Bahls would rely on, in addition to his many years of work at the company, to support his testimony regarding the development of the formulas and additives at issue in this case.

Also enclosed is the document request, dated September 16, 2002, that these documents were produced in response to, as well as the October 30, 2002 cover letter that accompanied the production of the documents. As can be seen from the cover letter, the documents were specifically identified as being the development documents produced in response to Spraylat's document request.

I reiterate that a witness can satisfy the requirement for personal knowledge under F.R.E. § 602 based on either or both review of documents and conversations with others within an organization. In re Texas Eastern Transmission Corporation PCB Contamination Insurance Coverage Litigation, 870 F. Supp. 1293, 1303-04 (E.D. Pa. 1992) (both documents and conversations); Agfa-Gevaert, A.G. v. A.B. Dick Co., 879 F.2d 1518, 1523 (7th Cir. 1989)

(conversations only); Washington Central R.R. Co. v. National Mediation Board, 830 F. Supp. 1343, 1353 (E.D. Wash. 1993) (documents only); United States v. Quezada, 754 F.2d 1190, 1195-96 (5th Cir. 1985) (conversations only).

Finally, enclosed are two copies of the page that was missing from the slide notebooks we provided to Your Honor at the hearing.

Very truly yours,

J. Derek Vandenburgh

JDV:jls
Enclosures

c: David M. Zensky, Esq. (via Federal Express)
Kenneth A. Liebman, Esq. (via messenger)