UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 18, 2005**, I caused the following document:

1. Plaintiffs' Brief in Response to Spraylat's Supplemental Memorandum in Support of Its Motion to Strike Evidence Regarding Development of Valspar's Formulas (**FILED UNDER SEAL**).

to be served on the following individuals via facsimile transmission:

David Zensky, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Facsimile No.: 212-872-1002

Kenneth A. Liebman, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Facsimile No. 612-766-1600

Dated: April 18, 2005

s/ J. Derek Vandenburgh
J. Derek Vandenburgh