UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Valspar Corporation,
Valspar Sourcing, Inc., and
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation and Spraylat GmbH,

Defendants.

Civil No. 01-1605 (JNE/JGL)

**ELECTRONIC PLACEHOLDER**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's office:

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PORTION OF PLAINTIFFS' ITEMIZED STATEMENT OF DAMAGES**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document * (Document number of order granting leave to file conventionally: ___)

___ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

___ Physical Object (description);

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal* (Document number of protective order: Document number 11)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: __)

___ Other (description):

*Filing of these items requires Judicial Approval

This Notice is e-filed as a place holder in ECF for the Documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).