UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, v. Spraylat Corporation and Spraylat GmbH, Defendants. | Civil Action No. 01-CV-1605 JNE/JGL |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2005, I caused the following documents:

1. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages (Filed Under Seal); and

2. Declaration of Brian Hayes in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Strike Portion of Plaintiffs' Itemized Statement of Damages (Filed Under Seal);

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the below-listed counsel. I further certify that hard copies of the above-entitled documents were also served on the following-named counsel via the method(s) indicated:

**VIA EMAIL AND FEDERAL EXPRESS**

Mitchell Hurley, Esq.
Blossom Kan, Esq.
David Zensky, Esq.
Akin, Gump, Strauss, Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

**VIA EMAIL AND FEDERAL EXPRESS**

Michelle A. Paninopoulos, Esq.
Kenneth Liebman, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Dated: April 21, 2005

s/ Dennis Bremer
Dennis Bremer