**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Valspar Corporation<br>Valspar Sourcing, Inc. and<br>Valspar GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CVI605 JNE/JGL<br><br>**STIPULATION CONCERNING GERMAN CRIMINAL PROCEEDINGS** |

WHEREAS the parties have filed cross-motions in limine concerning the parallel German Criminal proceedings relating to the facts of this case; and

WHEREAS the parties have drafted a mutually acceptable stipulation that, they believe, will obviate any need for either party to reference such proceedings during the trial in this case;

NOW THEREFORE the parties, by and through their undersigned counsel of record, request that the Court approve the following stipulation:

The parties stipulate that, subject to the objections reserved below and assuming, arguendo, any of the documents listed below are found to be admissible, the jury may be told the following about such document or documents:

(1) VA17815-VA18053 are documents printed from a CD-ROM that was in Willie Luettgens's briefcase in his office at Spraylat GmbH in August 2002

(2) VA18055-VA18184 are documents that were located either in Willie Luettgens's home or in the Spraylat GmbH office in August 2002

(3) VA18186-VA18219 are documents that were printed from Willie Luettgens's computer at the Spraylat GmbH office in August 2002

(4) VA18220-VA18254 are documents printed from Ludwig Kotschenreuther's computer at the Spraylat GmbH office in August 2002

(5) VA17755-VA17758 and VA17760-VA17763 are copies of Ludwig Kotschenreuther's and Guenther Reipa's statements, although the underlining of certain portions of Ludwig's statement is of unknown origin.

Except as otherwise stipulated to above in paragraphs (1) – (5), Spraylat reserves the right to object to the admissibility or use of these documents at trial on any and all grounds.

Neither party shall make any reference to the German Criminal Proceedings at trial.

Dated: April 21, 2005

**FAEGRE & BENSON LLP**

By: ______________________

Kenneth A. Liebman, #90438
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

Dated: April 21, 2005

**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, P.C.**

By: ____________________
Alan G. Carlson (MN ID #14,801)
J. Derek Vandenburgh (MN ID #224,145)
Dennis Bremer (MN ID #299,182)
Brian Hayes (MN ID #294,585)
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Ph. (612) 436-9600
Fx. (612) 436-9605

Andrew Ubel (MN ID #235,799)
THE VALSPAR CORPORATION
1101 Third Street South
Minneapolis, Minnesota 55415
Ph. (612) 375-7322
Fx. (612) 375-7313

***Attorneys for Plaintiffs The Valspar Corporation, Valspar Sourcing, Inc. and Valspar Industries GmbH***