UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JNE/JGL<br><br>**DEFENDANTS' MOTION TO SET ASIDE PORTIONS OF MAGISTRATE JUDGE'S APRIL 19 ORDER** |

Pursuant to Local Rule 72.1(b)(2), Defendants Spraylat Corporation and Spraylat GmbH hereby move the Court for an order to set aside portions of Magistrate Judge Nelson's April 19, 2005 Order.

This motion is based on the accompanying Memorandum in Support of Defendants' Motion to Set Aside Portions of Magistrate Judge's April 19 Order and the Exhibit to Defendants' Motion to Set Aside Portions of Magistrate Judge's April 19 Order, together with all of the files, evidence, records and proceedings herein.

A Proposed Order is submitted by e-mail.

Dated: April 22, 2005

**FAEGRE & BENSON LLP**

By: /s Michelle Paninopoulos

Kenneth A. Liebman, #236731
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20709174.01