UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH, Plaintiffs, | ) | Civil Action No. 01CV1605 JNE/JGL |
| v. | ) | **NOTICE OF DEFENDANTS' MOTION TO SET ASIDE PORTIONS OF MAGISTRATE JUDGE'S APRIL 19 ORDER** |
| Spraylat Corporation and Spraylat GmbH, Defendants. | ) | |

**TO: Plaintiffs The Valspar Corporation, Valspar Sourcing, Inc. and Valspar Industries GmbH and their attorney Alan G. Carlson, Carlson, Caspers, Vandenbu rgh, & Lindquist LLP, 225 South 6th Street, 32nd floor, Minneapolis, MN 55402.**

**PLEASE TAKE NOTICE** that, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure and Local Rule 72.1(b)(2) of the United States District Court for the District of Minnesota, Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") hereby respectfully object to and appeal from portions of the April 19, 2005 Order of Magistrate Susan Nelson ("Order") denying Spraylat's First Omnibus Motion in Limine and denying Part VI of Spraylat's March 7, 2005 Second Omnibus Motion in Limine.

This appeal is based upon the Memorandum and Exhibit submitted herewith, together with all of the files, evidence, records and proceedings herein.

Dated: April 22, 2005

**FAEGRE & BENSON LLP**

By: /s Michelle Paninopoulos

Kenneth A. Liebman, #236731
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***