UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JNE/JGL<br><br>**DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rules 16.3(a) & (c) of the United States District Court for the District of Minnesota, Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") hereby move the Court for an order amending the scheduling order in the above-titled case to permit Spraylat to bring a motion for summary judgment on the discrete issue of the relevance and admissibility of Business Information at trial.

This motion is based on extraordinary circumstances and good cause as shown in the accompanying Memorandum in Support of Defendants' Motion to Amend Scheduling Order, the arguments of counsel at the hearing, and all of the files, evidence, records and proceedings herein.

A Proposed Order is submitted by e-mail.

Dated: April 22, 2005 **FAEGRE & BENSON LLP**

By: /s Michelle Paninopoulos

Kenneth A. Liebman, #236731
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***

M2:20709245.01