UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Valspar Corporation,<br>Valspar Sourcing, Inc., and<br>Valspar Industries GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Civil Action No. 01CV1605 JNE/JGL<br><br>**NOTICE OF DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |

**TO: Plaintiffs The Valspar Corporation, Valspar Sourcing, Inc. and Valspar Industries GmbH and their attorney Alan G. Carlson, Carlson, Caspers, Vandenburgh, & Lindquist LLP, 225 South 6th Street, 32nd floor, Minneapolis, MN 55402.**

**PLEASE TAKE NOTICE** that, **on a date and time to be determined**, before the Honorable Joan N. Ericksen in Courtroom 3, 748 Federal Building, 316 N. Robert Street, St. Paul, MN 55101, Defendants Spraylat Corporation and Spraylat GmbH ("Spraylat") will move the above-named Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rules 16.3(a) & (c) of the United States District Court for the District of Minnesota for an order amending the scheduling order in the above-titled case to permit Spraylat to bring a motion for summary judgment on the discrete issue of the relevance and admissibility of Business Information at trial.

Plaintiffs request an expedited hearing in view of the importance of the issues raised and proximity of trial.

Dated: April 22, 2005

**FAEGRE & BENSON LLP**

By: /s Michelle Paninopoulos

Kenneth A. Liebman, #236731
John Edward Connelly, #237656
Michelle A. Paninopoulos, #312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

David M. Zensky (DZ 5913)
Mitchell P. Hurley (MH 0740)
Blossom Kan (BK 6617)
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
590 Madison Avenue, 42nd Floor
New York, New York 10022-4616

***Attorneys for Defendants Spraylat Corporation and Spraylat GmbH***