**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| The Valspar Corporation, Valspar Sourcing, Inc., and Valspar Industries GmbH,<br><br>Plaintiff,<br><br>v.<br><br>Spraylat Corporation and Spraylat GmbH,<br><br>Defendants. | Case No. 01 CV-1605 JNE/JGL<br><br>**AFFIDAVIT OF**<br>**PERSONAL SERVICE** |

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

CHARLES GABRIELSON, of the City of Mpls, County of HENNEPIN, in the State of Minnesota, being duly sworn, says that on the 22nd day of April, 2005, he/she served the following:

1. Exhibit To Defendants' Motion To Set Aside Portions Of Magistrate Judge's April 19 Order (Filed Under Seal).

on the following attorneys by handing to and leaving with Kerry Mounkine personally, one (1) true and correct copy thereof, at the following address(es):

Alan G. Carlson, Esq.
Carlson, Caspers, Vandenburgh, & Lindquist
225 South 6th Street, 32nd floor
Minneapolis, MN 55402

[signature]

Subscribed and sworn to before me
this 22 day of April, 2005.

[signature]
Notary Public

Completed Affidavit of Service should be returned to Ginger Plauck (23rd Floor).
M2:20703749.01

SHAWN TROY STEWART
Notary Public
Minnesota
My Commission Expires January 31, 2010