# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

The Valspar Corporation,
Valspar Sourcing, Inc.,
Valspar Industries GmbH,

Plaintiffs,

v.

Spraylat Corporation,
Spraylat GmbH,

Defendants.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-1605 JNE/JGL |
| Date: | April 22, 2205 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:20 p.m. |
| Time in Court: | 12 Hours & 20 Minutes |

APPEARANCES:

Plaintiffs: Alan G. Carlson, F. Andrew Ubell, III;

Defendants: David M. Zensky

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

**Final Settlement Conference held. Case settled.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Beverly Riches
Signature of Judicial Assistant